DAVID J. COHEN, ESQ.
California Bar No. 145748
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone: (415) 398-3900

Attorneys for Defendant **Yama Marifat**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YAMA MARIFAT,<br><br>Defendant. | Case No. 2:17-CR-00189 TLN<br><br>**STIPULATION TO CONTINUE MR. MARIFAT'S INITIAL APPEARANCEAND ARRAIGNMENT HEARING AND ORDER THEREON** |

**IT IS HEREBY STIPULATED** by and between the parties that Mr. Marifat's initial appearance and arraignment hearing currently set for November 17, 2017 at 2:00 p.m., be continued to November 27, 2017 at 2:00 p.m. before Magistrate Judge Claire.

The reason for the stipulation is as follows:

1. The Court set this matter on for arraignment on a notice to appear. Mr. Marifat, however, was previously scheduled to be out of town, and defense counsel is out of town for the following week, the Thanksgiving week.

1

**IT IS SO STIPULATED.**

                          Respectfully submitted,

                          **BAY AREA CRIMINAL LAWYERS, PC**

Dated: November 7, 2017      By:/s/ David J. Cohen
                                       DAVID J. COHEN, ESQ.
                              Attorneys for Defendant **Yama Marifat**

                              U.S. Department of Justice
                              Antitrust Division

Dated: November 7, 2017      By:/s/ Kelsey C. Linnett
                                       KELSEY C. LINNETT, ESQ.
                              Trial Attorney for **Plaintiff**

**IT IS SO ORDERED.**

Dated: November 8, 2017

                                                    KENDALL J. NEWMAN
                                                  UNITED STATES MAGISTRATE JUDGE