1  KELSEY C. LINNETT (CSBN 274547)
   JENNIFER HANE (CSBN 275729)
2  ARSHIA NAJAFI (CSBN 311229)
   U.S. Department of Justice
3  Antitrust Division
4  450 Golden Gate Avenue
   Box 36046, Room 10-0101
5  San Francisco, CA 94102
   Telephone: (415) 934-5300
6  kelsey.linnett@usdoj.gov
7
8  Attorneys for the United States
9
10            IN THE UNITED STATES DISTRICT COURT
11            EASTERN DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| 13  UNITED STATES OF AMERICA<br><br>14    v.<br><br>15  ANTHONY B. GHIO,<br><br>16    <br><br>17    Defendant.<br><br>18 | **UNITED STATES' NOTICE OF RELATED CASE**<br><br>No. 2:10-CR-0144 WBS<br>Filed: April 13, 2010 |
| 19  UNITED STATES OF AMERICA<br><br>20    v.<br><br>21    <br><br>22  THEODORE B. HUTZ,<br><br>23    Defendant.<br><br>24 | No. 2:10-CR-0238 WBS<br>Filed: June 24, 2010 |

25
26
27
28

U.S.' NOTICE OF RELATED CASE
U.S. v. MARIFAT, No. 17-CR-00189 TLN

1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN VANZETTI,<br><br>Defendant. | No. 2:10-CR-0239 WBS<br>Filed: June 24, 2010 |
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICHARD W. NORTHCUTT,<br><br>Defendant. | No. 2:11-CR-0038 WBS<br>Filed: January 28, 2011 |
| UNITED STATES OF AMERICA<br><br>v.<br><br>YAMA MARIFAT,<br><br>Defendant. | No. 2:11-CR-0039 WBS<br>Filed: January 28, 2011 |
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGORY L. JACKSON,<br><br>Defendant. | No. 2:11-CR-0090 WBS<br>Filed: February 22, 2011 |

U.S.' NOTICE OF RELATED CASE
U.S. v. MARIFAT, No. 17-CR-00189 TLN

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WALTER DANIEL OLMSTEAD,<br><br>Defendant. | No. 2:11-CR-0291 WBS<br>Filed: July 12, 2011 |
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT ROSE,<br><br>Defendant. | No. 2:11-CR-0292 WBS<br>Filed: July 13, 2011 |
| UNITED STATES OF AMERICA<br><br>v.<br><br>KENNETH A. SWANGER,<br><br>Defendant. | No. 2:11-CR-0492 WBS<br>Filed: November 22, 2011 |
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILEY C. CHANDLER,<br>ANDREW B. KATAKIS,<br>DONALD M. PARKER<br>ANTHONY B. JOACHIM, and<br>W.THEODORE LONGLEY,<br><br>Defendants. | No. 2:11-CR-0511 WBS<br>Filed: December 7, 2011 |

U.S.' NOTICE OF RELATED CASE
U.S. v. MARIFAT, No. 17-CR-00189 TLN

3

1  UNITED STATES OF AMERICA

2  v.

No. 2:17-CR-00189 TLN
Filed: October 20, 2017

3

4  YAMA MARIFAT,

5  Defendant.

6

7

8  **INTRODUCTION**

9       On October 19, 2017, a grand jury returned an indictment alleging that Yama Marifat

10  participated in a bid-rigging conspiracy at the real estate foreclosure auctions in San Joaquin

11  County from April 2009 to October 2009. This case was assigned to the Honorable Troy L.

12  Nunley. Because the bid-rigging conspiracy alleged in this case is the same bid-rigging

13  conspiracy defendant Marifat was previously charged with and involves the same real estate

14  foreclosure auctions, the same timeframe, the same properties, and the same co-conspirators as

15  the other above-captioned cases, the United States submits this notice that case number 17-CR-

16  189 TLN is related to the other above-captioned cases under Local Rule 123(a)(1)–(4).

17  **FACTS**

18       On April 13, 2010, the United States filed an information in the case *United States v.*

19  *Anthony Ghio,* No. 2:10-CR-0144, charging Ghio with bid rigging, in violation of Title 15,

20  United States Code, Section 1. On April 16, 2010, Ghio pleaded guilty to rigging bids at public

21  real estate auctions in San Joaquin County.

22       On June 24, 2010, the United States filed an information in the case *United States v.*

23  *Theodore Hutz,* No. 2:10-CR-0238, charging Hutz with bid rigging, in violation of Title 15,

24  United States Code, Section 1. On July 12, 2010, Hutz pleaded guilty to rigging bids at public

25  real estate auctions in San Joaquin County.

26       Also on June 24, 2010, the United States filed an information in the case *United States v.*

27  *John Vanzetti*, No. 2:10-CR-0239, charging Vanzetti with bid rigging, in violation of Title 15,

28

1   United States Code, Section 1. On July 2, 2010, the *Vanzetti* case was related to the *Hutz* and

2   *Ghio* matters. On July 16, 2010, Vanzetti pleaded guilty to rigging bids at public real estate

3   auctions in San Joaquin County.

4   On January 28, 2011, the government filed two informations: *United States v. Richard W.*

5   *Northcutt*, No. 2:11-CR-0038 and *United States v. Yama Marifat*, No. 2:11-CR-0039. Northcutt

6   and Marifat were charged with bid rigging, in violation of Title 15, United States Code, Section

7   1, and mail fraud, in violation of Title 18, United States Code, Section 1349. On February 2,

8   2011, the *Northcutt* and *Marifat* cases were related to the *Ghio* matter. Northcutt pleaded guilty

9   on January 28, 2011. Marifat pleaded guilty on March 4, 2011. Both defendants pleaded guilty to

10   bid rigging and mail fraud at public real estate auctions in San Joaquin County. [1]

11   On February 22, 2011, the government filed an information in the case *United States v.*

12   *Gregory L. Jackson*, No. 2:11-CR-0090, charging Jackson with bid rigging, in violation of Title

13   15, United States Code, Section 1, and mail fraud, in violation of Title 18, United States Code,

14   Section 1349. On February 25, 2011, the *Jackson* matter was related to the *Ghio* case. On

15   February 22, 2011, Jackson pleaded guilty to bid rigging and mail fraud at public real estate

16   auctions in San Joaquin County.

17   On July 12, 2011, the government filed an information in the case *United States v. Walter*

18   *Daniel Olmstead*, No. 2:11-CR-0291, charging Olmstead with bid rigging, in violation of Title

19   15, United States Code, Section 1, and mail fraud, in violation of Title 18, United States Code,

20   Section 1349. On July 28, 2011, the *Olmstead* matter was related to the *Ghio* case. On August

21   12, 2011, Olmstead pleaded guilty to bid rigging and mail fraud at public real estate auctions in

22   San Joaquin County.

23   On July 13, 2011, the government filed an information in the case *United States v. Robert*

24   *Rose*, No. 2:11-CR-0292, charging Rose with bid rigging, in violation of Title 15, United States

25   Code, Section 1, and mail fraud, in violation of Title 18, United States Code, Section 1349. On

26

27   [1] As discussed below, Marifat later withdrew his guilty plea.

28

U.S.' NOTICE OF RELATED CASE
U.S. v. MARIFAT, No. 17-CR-00189 TLN

5

1  July 28, 2011, the *Rose* matter was related to the *Ghio* case. On July 13, 2011, Rose pleaded

2  guilty to bid rigging and mail fraud at public real estate auctions in San Joaquin County.

3        On November 22, 2011, the government filed an information in the *United States v.*

4  *Kenneth A. Swanger*, No. 2:11-CR-0492, charging Swanger with bid rigging, in violation of Title

5  15, United States Code, Section 1, and mail fraud, in violation of Title 18, United States Code,

6  Section 1349. On December 16, 2011, the *Swanger* matter was related to the *Ghio* case. On

7  November 22, 2011, Swanger pleaded guilty to bid rigging and mail fraud at public real estate

8  auctions in San Joaquin County.

9        On December 7, 2011, a grand jury returned an indictment charging defendants Wiley C.

10  Chandler, Andrew B. Katakis, Donald M. Parker, Anthony B. Joachim, and W. Theodore

11  Longley with bid rigging, in violation of Title 15, United States Code, Section 1, and mail fraud,

12  in violation of Title 18, United States Code, Section 1349. *United States v. Chandler, et al.*, No.

13  2:11-CR-511. On December 15, 2011, the court ordered *Chandler* matter related to the *Ghio*

14  case. On May 8, 2013, a grand jury returned a superseding indictment adding an additional

15  charge against Katakis of obstruction of justice in violation of Title 18, United States Code,

16  Section 1519.

17        On February 24, 2012, Chandler pleaded guilty to bid rigging and fraud at public real

18  estate auctions in San Joaquin County.

19        On November 30, 2012, following the full retirement of the Honorable Judge Garcia, the

20  above ten cases—specifically, the *Ghio*, *Hutz*, *Vanzetti*, *Northcutt*, *Marifat*, *Jackson*, *Olmstead*,

21  *Rose*, *Swanger*, and *Chandler et al.* cases—were reassigned to the Honorable William B. Shubb.

22        On December 30, 2013, Joachim pleaded guilty to bid rigging and mail fraud at public

23  real estate auctions in San Joaquin County.

24        On March 11, 2014, after a four-week trial, a jury returned a verdict of guilty against

25  defendants Katakis and Parker on one count of bid rigging for participating in a conspiracy to

26  suppress and restrain competition by bid rigging at public real estate auctions in San Joaquin

27  County.

28

U.S.' NOTICE OF RELATED CASE
U.S. v. MARIFAT, No. 17-CR-00189 TLN

On September 12, 2016, the Honorable William B. Shubb sentenced ten defendants: Ghio, Hutz, Vanzetti, Northcutt, Jackson, Olmstead, Rose, Swanger, Chandler, and Joachim. The Honorable William B. Shubb sentenced Katakis on November 6, 2017 and is scheduled to sentence Parker on January 8, 2018.

On April 24, 2017, Marifat's motion to withdraw his plea in case No. 2:11-CR-039 was granted. On June 24, 2017, Marifat's motion to dismiss the information in case No. 2:11-CR-039 was granted. On October 19, 2017, a grand jury returned an indictment charging Yama Marifat with one count of bid rigging in violation of Title 15, United States Code, Section 1. Case No. 2:17-CR-189.

## ANALYSIS

Under Local Rule 123(a), cases are related if the Court finds:

(1)  that the actions involve the same parties and are based on the same or similar claims;

(2)  that the actions involve the same property, transaction or event;

(3)  that the actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort, either because the same result should follow in the actions or otherwise; or

(4)  for any other reasons, it would entail substantial duplication of labor if the action were heard by different Judges or Magistrate Judges.

The criminal cases captioned above are related within the meaning of Local Rule 123(a). Ghio, Chandler, Hutz, Vanzetti, Northcutt, Marifat, Jackson, Olmstead, Rose, Swanger, Chandler, Katakis, Parker, and Joachim all participated in a conspiracy to rig bids at real estate foreclosure auctions in San Joaquin County from September 2008 to October 2009. Accordingly, these matters concern "the same parties and are based on the same or a similar claim." L.R.123(a)(1). They involve the same investigation, the same rigged auctions, the same time period, the same witnesses, and the same evidence. In other words, all these cases "involve the

1   same propert[ies], transaction[s], and event[s]." L.R. 123(a)(2). Because the same scheme,

2   properties, transactions, and evidence are implicated in all the cases, it follows that they involve

3   the "same question[s] of fact and the same question[s] of law." L.R. 123(a)(3).

4          If the case is not related to the other matters, substantial "duplication of labor" would

5   occur because a different judge would be hearing the same evidence that the Honorable William

6   B. Shubb has heard and likely would be deciding the same legal issues that the Honorable

7   William B. Shubb has decided. L.R. 123(a)(4). Therefore, substantial judicial resources would be

8   saved by relating the above-captioned matters. See L.R. 123(c) (reassignment of case appropriate

9   where it is "likely to effect a substantial savings of judicial effort" because it will necessarily

10  avoid the "substantial duplication of labor" by the judiciary of this district).

**CONCLUSION**

12         For the reasons stated above, the United States respectfully gives notice that case No.

13  2:17-CR-189 TLN is related to case No. 2:10-CR-0144 WBS and the other cases captioned

14  above.

19  DATED: November 9, 2017                    Respectfully submitted,

20                                              _/s/ Kelsey C. Linnett_____
                                               Kelsey C. Linnett
21                                             Jennifer Hane
                                               Arshia Najafi
22                                             Trial Attorneys
                                               United States Department of Justice
23                                             Antitrust Division

U.S.' NOTICE OF RELATED CASE
U.S. v. MARIFAT, No. 17-CR-00189 TLN