DAVID J. COHEN, ESQ.
California Bar No. 145748
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone: (415) 398-3900

Attorneys for Defendant **Yama Marifat**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YAMA MARIFAT,<br><br>Defendant. | Case No. 2:17-CR-00189-WBS (AC)<br><br>**STIPULATION TO CONTINUE MR. MARIFAT'S INITIAL APPEARANCE AND ARRAIGNMENT HEARING AND [~~PROPOSED~~] ORDER THEREON** |

**IT IS HEREBY STIPULATED** by and between the parties that Mr. Marifat's initial appearance and arraignment hearing currently set for November 27, 2017 at 2:00 p.m., be continued to November 30, 2017 at 2:00 p.m.

The reason for the stipulation is as follows:

1. Mr. Marifat's counsel is ill and the parties have agreed, based upon counsel's and the Court's availability, to reset the initial appearance and arraignment for Thursday, November 30, 2017 at 2:00 p.m.

1

**IT IS SO STIPULATED.**

                                      Respectfully submitted,

                                      **BAY AREA CRIMINAL LAWYERS, PC**

Dated: November 27, 2017       By:/s/ David J. Cohen
                                          DAVID J. COHEN, ESQ.
                                      Attorneys for Defendant **Yama Marifat**


                                      U.S. Department of Justice
                                      Antitrust Division

Dated: November 27, 2017       By:/s/ Kelsey C. Linnett
                                          KELSEY C. LINNETT, ESQ.
                                      Trial Attorney for **Plaintiff**


**IT IS SO ORDERED.**

Dated: November 27, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE