KELSEY C. LINNETT (CSBN 274547)
ANDREW J. MAST (CSBN 284070)
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
San Francisco, CA 94102
Andrew.Mast@usdoj.gov
Telephone: (415) 934-5300

Attorney for United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>YAMA MARIFAT,<br><br>Defendant. | Case No. CR 2:17-00189 WBS<br><br>**STIPULATION AND ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>DATE: January 22, 2018<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

    The United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

    1. The parties appeared before this Court on January 22, 2018 for a status conference in the above-captioned matter. Trial in the above-captioned matter was scheduled for August 14, 2018. At the status conference, the Court requested that the government submit a proposed Order excluding time between January 22, 2018 and August 14, 2018 under the Speedy Trial Act.

    2. The parties agree and stipulate, and request the Court find the following pertaining to the Speedy Trial Act, 18 U.S.C. 3161:

        a. The discovery in the above-captioned case included discovery produced in the related case *United States v. Katakis, et al.,* 11-CR-0511 WBS, and consists of approximately 225 GB of electronic records. Counsel for the defendant desires additional time to consult with his client, to review discovery, and otherwise prepare for trial.

   b. Counsel for the defendant is attached for another federal criminal trial commencing in March of 2018, and two state criminal trials commencing in April of 2018, including a case that could take three months to complete if it proceeds to trial.

   c. Counsel for defendant estimates that the above-captioned case could take 15 trial days to complete.

   d. Based on the above, and for the reasons stated on the record at the January 22, 2018 status hearing, the time period of January 22, 2017 and August 14, 2018, inclusive, is excludable under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(ii), and (B)(iv), Local Codes T2 and T4, because the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.  *See United States v. Lloyd*, 125 F.3d 1263, 1271 (9th Cir. 1997) (continuity of counsel may be an appropriate basis to exclude time under the Speedy Trial Act after a "probing inquiry" from the district court). Failure to exclude time would deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

DATED: January 23, 2018      Respectfully submitted,

                /s/
                ANDREW J. MAST
                Trial Attorney
                Antitrust Division
                U.S. Department of Justice

DATED: January 23, 2018         /s/*
                DAVID J. COHEN
                Counsel for the defendant
                YAMA MARIFAT
                * signed with permission

### FINDINGS AND ORDER

 IT IS SO FOUND AND ORDERED.

DATED:

                William B. Shubb
                United States District Judge

No. CR 17-00189 WBS
STIPULATION AND ORDER EXCLUDING TIME                2