KELSEY C. LINNETT (CSBN 274547)
ANDREW MAST (CSBN 284070)
ARSHIA NAJAFI (CSBN 311229)
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, California  94102-3478
Telephone: (415) 934-5300
andrew.mast@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. YAMA MARIFAT, Defendant. | CASE NO. 2:17-CR-0189 WBS<br><br>**DECLARATION OF ANDREW J. MAST IN SUPPORT OF UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS BASED ON STATUTE OF LIMITATIONS**<br><br>DATE: April 16, 2018<br>TIME: 9:00 a.m.<br>COURT: Honorable William B. Shubb |
|---|---|

I, Andrew Mast, hereby declare under penalty of perjury as follows:

1. I am a trial attorney in the San Francisco Office of the United States Department of Justice's Antitrust Division and am admitted to practice in the State of California and before this Court. I make this declaration of my own personal knowledge, and, if called as a witness, I could and would testify competently to the facts set forth in this declaration.

2. I am assigned to the trial of the above-caption defendant who is charged in a single-count indictment with bid rigging in violation of the Sherman Antitrust Act, 15 U.S.C. § 1.

3. Attached hereto as **Exhibit A** is a true and correct copy of the information filed against the defendant (Doc. No. 1 (11-CR-00039-WBS)).

4. Attached hereto as **Exhibit B** is a true and correct copy of the transcript from the defendant's

guilty plea hearing held on March 4, 2011.

5. Attached hereto as **Exhibit C** is a true and correct copy of the Waiver of Indictment executed by the defendant on March 4, 2011 (Doc. No. 10 (11-CR-00039-WBS)).

6. Attached hereto as **Exhibit D** is a true and correct copy of the defendant's plea agreement (Doc. No. 11 (11-CR-00039-WBS)).

7. Attached hereto as **Exhibit E** is a true and correct copy of the Order granting the defendant's motion to withdraw his guilty plea. (Doc. No. 95 (11-CR-00039-WBS)).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

                                                Respectfully submitted,

DATE: March 26, 2018

                                        /s/ Andrew Mast
                                        ANDREW MAST
                                        Trial Attorney
                                        Antitrust Division
                                        United States Department of Justice