DAVID J. COHEN, ESQ.
California Bar No. 145748
ALEXANDER P. GUILMARTIN, ESQ.
California Bar No. 306787
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone: (415) 398-3900

Attorneys for Defendant **Yama Marifat**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YAMA MARIFAT,<br><br>Defendant. | Case No. 2:17-CR-00189 WBS<br><br>**STIPULATION TO CONTINUE MR. MARIFAT'S TRIAL AND TRIAL CONFIRMATION HEARING AND [PROPOSED] ORDER THEREON** |

**IT IS HEREBY STIPULATED** by and between the parties that Yama Marifat's trial, currently set for August 14, 2018 at 9:00 a.m., be continued to October 2, 2018 at 9:00 a.m. It is further stipulated that Mr. Marifat's trial confirmation hearing, currently set for July 16, 2018 at 9:00 a.m., be continued to August 20, 2018 at 9:00 a.m.

In addition, the parties agree and stipulate that the time between August 14, 2018 and October 2, 2018, inclusive, be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), (B)(ii), and (B)(iv), and Local Codes T2 and T4, because the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. Failure to exclude time would deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Stipulation to Continue Mr. Marifat's Trial and Trial Confirmation Hearing and [Proposed] Order Thereon
*U.S. v. Marifat;*
Case No. 2:17-CR-00189 WBS

1

The reason for the stipulation is as follows:

1. Mr. Marifat's retained counsel, David J. Cohen, Esq., suffered the death of his mother during the week of June 17, 2018. In recent weeks, Mr. Cohen has spent considerable time caring for his mother, attending her funeral, and now caring for his elderly father. He will continue to devote time to this personal matter over the coming weeks. As a result, counsel has been unable to prepare for Mr. Marifat's trial as expected, and has not been able to dedicate the full resources of time and focus necessary for trial preparation. Counsel estimates losing the equivalent of approximately three weeks of trial preparation as a result of this personal tragedy.

2. The government has agreed to accommodate Mr. Cohen's unfortunate circumstances and continue Mr. Marifat's trial for at least three weeks. It has consulted its witnesses and has determined that the stipulated October 2, 2018 date is the earliest trial date for which its witnesses are available.

**IT IS SO STIPULATED.**

Respectfully submitted,

**BAY AREA CRIMINAL LAWYERS, PC**

Dated: July 5, 2018      By:/s/ David J. Cohen
    DAVID J. COHEN, ESQ.
    Attorneys for Defendant **Yama Marifat**


U.S. Department of Justice
Antitrust Division

Dated: July 5, 2018      By:/s/ Jennifer Hane
    JENNIFER HANE, ESQ.
    Trial Attorney for **Plaintiff**

Stipulation to Continue Mr. Marifat's Trial and Trial Confirmation Hearing and [Proposed] Order Thereon
*U.S. v. Marifat;*
Case No. 2:17-CR-00189 WBS

2

**IT IS SO ORDERED.**

Dated: July 10, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation to Continue Mr. Marifat's Trial and Trial Confirmation Hearing and [Proposed] Order Thereon
*U.S. v. Marifat;*
Case No. 2:17-CR-00189 WBS

3