DAVID J. COHEN, ESQ.
California Bar No. 145748
ALEXANDER P. GUILMARTIN, ESQ.
California Bar No. 306767
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone:  (415) 398-3900

Attorneys for Defendant **Yama Marifat**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:17-cr-00189-WBS |
| | ) | |
| Plaintiff, | ) | **NOTICE OF FILING** |
| | ) | |
| v. | ) | |
| | ) | |
| YAMA MARIFAT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLEASE TAKE NOTICE** that a MOTION TO REQUEST DEFERMENT OF ORAL ARGUMENT TO THE NEXT AVAILABLE ORAL ARGUMENT CALENDAR IN CONSIDERATION OF DISTRICT COURT TRIAL SCHEDULE was filed before the Ninth Circuit Court of Appeals in *United States v. Turner*, case no. 17-10299 on August 31, 2018 (dkt. no. 40). This motion was filed pursuant to this court's oral August 20, 2018 request.

Respectfully submitted,

**BAY AREA CRIMINAL LAWYERS, PC**

Dated: August 31, 2018       By: /s/ Alexander P. Guilmartin
                          ALEXANDER P. GUILMARTIN, ESQ.

Attorneys for Defendant **Yama Marifat**