ANDREW MAST (CSBN 284070)
JENNIFER HANE (CSBN 275729)
ARSHIA NAJAFI (CSBN 311229)
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Andrew.Mast@usdoj.gov
Telephone: (415) 934-5300

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>           v.<br><br>YAMA MARIFAT,<br><br>                    Defendant. | Case No. 2:17-CR-0189 WBS<br><br>**DECLARATION OF ARSHIA NAJAFI IN SUPPORT OF UNITED STATES' MOTION TO ADMIT DEFENDANT'S ADMISSIONS** |

I, Arshia Najafi, hereby declare under penalty of perjury as follows:

    1.    I am a Trial Attorney in the San Francisco Office of the United States Department of Justice, Antitrust Division, and am admitted to practice in the State of California and before this Court. I am assigned to an investigation of antitrust offenses in the real estate foreclosure auction industry in the Eastern District of California.

    2.    I make the following statements based upon either my personal knowledge or information I've reviewed or received, which I believe to be true.  If called as a witness, I would testify competently under oath.

    3.    Attached hereto as Exhibit A is a true and correct copy of defendant' Plea Agreement, filed March 4, 2011 (*U.S. v. Yama Marifat*, Case No. 2:11-cr-00039-EJG (Dkt. 11)).

4. Attached hereto as Exhibit B is a true and correct copy of the Transcript from the Defendant's Change of Plea Hearing, dated March 7, 2011 (*U.S. v. Yama Marifat*, Case No. 2:11-cr-00039-WBS (Dkt. 80)).

5. Attached hereto as Exhibit C is a true and correct copy of the Order Granting Defendant's Motion to Withdraw his guilty plea, filed April 24, 2017 (*U.S. v. Yama Marifat*, Case No. 2:11-cr-00039-WBS (Dkt. 95)).

6. Attached hereto as Exhibit D is a true and correct copy of the transcript from the hearing on defendant's Motions to Dismiss, dated April 16, 2018 (Dkt. 44).

7. Attached hereto as Exhibit E is a true and correct copy of defendant's Proffer Agreement, dated August 6, 2010.

8. Attached hereto as Exhibit F is a true and correct copy of an FBI 302 report documenting a June 24 and 25, 2010 interview with defendant.

9. Attached hereto as Exhibit G is a true and correct copy of a paralegal interview write-up documenting an August 6, 2010 interview with defendant.

10. Attached hereto as Exhibit H is a true and correct copy of a paralegal interview write-up documenting a September 13, 2010 interview with defendant.

DATED: September 4, 2018

Respectfully submitted,

/s/
ARSHIA NAJAFI
U.S. Department of Justice
Antitrust Division