# EXHIBIT E



**U.S. Department of Justice**

Antitrust Division

*San Francisco Field Office*

*450 Golden Gate Avenue*　　　　　　　*415/436-6660*
*Box 36046*　　　　　　　　　　　　　　*FAX 415/436-6687*
*San Francisco, California 94102*

## PROFFER AGREEMENT

With respect to the meeting of Yama Marifat ("Client") and his attorneys, William H. DuBois and Richard A. Tamor, with Barbara Nelson, Trial Attorney, and other representatives of the United States, to be held on August 6, 2010 ("the meeting"), the following understandings exist:

(1) **THIS IS NOT A COOPERATION AGREEMENT.** The Client has voluntarily agreed to provide the Government with information, and to respond to questions, so that the Government may evaluate Client's information and responses in making prosecutive decisions. By receiving Client's proffer, the Government does not agree to make a motion on the Client's behalf or to enter into a cooperation agreement, plea agreement, immunity or non-prosecution agreement. The Government makes no representation about the likelihood that any such agreement will be reached in connection with this proffer.

(2) In any prosecution brought against Client by this Office, the Government will not offer in evidence in its case-in-chief, or in connection with any sentencing proceeding for the purpose of determining an appropriate sentence, any statements made by Client at the meeting, except to comply with Section 1B1.8(b) of the Sentencing Guidelines, or in a prosecution for false statements, obstruction of justice, or perjury with respect to any acts committed or statements made during or after the meeting or testimony given after the meeting .

(3) Notwithstanding paragraph (2) above:

　　(a) the Government may use information derived directly or indirectly from the meeting for the purpose of obtaining leads to other evidence, which evidence may be used in any prosecution of Client by the Government;

　　(b) in any prosecution brought against Client, the Government may use statements made by Client at the meeting and all evidence obtained directly or indirectly therefrom for the purpose of impeachment should Client testify; and

　　(c) the Government may also use statements made by Client at the meeting to rebut any evidence or arguments offered by or on behalf of Client (including arguments made or issues raised *sua sponte* by the District Court) at any trial, bail hearing, suppression hearing or sentencing proceeding, including using the statements in accordance with Section 1B1.8(b) of the Sentencing Guidelines.

(4) The Client understands and agrees that in the event the Client seeks to qualify for a safety valve reduction in sentence under Title 18, United States Code, Section 3553(f) or United States Sentencing Guidelines, Sections 2D1.1(b) (6) or 5C1.2, the Office may offer in evidence, in connection with the sentencing, statements made by the Client at the meeting and all evidence obtained directly or indirectly therefrom.

(5) To the extent that the Government is entitled under this Agreement to offer in evidence any statements made by Client or leads obtained therefrom, Client shall assert no claim and waives any claims under the United States Constitution, any statute, Rule 11(f) of the Federal Rules of Criminal Procedure, Rule 410 of the Federal Rules of Evidence, or any other federal rule that such statements or any leads therefrom should be suppressed.

(6) It is further understood that this Agreement is limited to the statements made by Client at the meeting and a meeting with SA Todd Davis on June 24, 2010 and a follow-up conversation on June 25, 2010, and does not apply to any oral, written or recorded statements made by Client at any other time. No understandings, promises, agreements and/or conditions have been entered into with respect to the meeting other than those set forth in this Agreement and none will be entered into unless in writing and signed by all parties.

(7) The understandings set forth in paragraphs 1 through 6 above extend to the continuation of this meeting on the dates that appear below.

(8) Client and Attorney acknowledge that they have fully discussed and understand every paragraph and clause in this Agreement and the consequences thereof.

Dated: _August 6_, 2010

Barbara J. Nelson
Trial Attorney
Antitrust Division

Client

Attorney for Client                         Agent

Initials of:

| Dates of Continuation | Counsel | Client | AUSA | Agent |
|---|---|---|---|---|
| September 13, 2010 | | | | |

Page 2 of 3