# EXHIBIT F

- 1 -

FEDERAL BUREAU OF INVESTIGATION

Date of transcription  06/24/2010

     Yama Marifat, DOB: 07/28/1972, SSN: 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, residing at 5720 Owens Drive, Apt 108, Pleasanton, California was interviewed by SA Todd Davis and DAI David Derksen at Marifat's residence in the presence of his attorney, James Vaughns, 6114 LaSalle Avenue, Suite 289, Oakland, California, telephone: 510-583-9622, and 510-772-7767. Mr. Vaughns asked that all future communications with his client come through him. [Agent Comment: A second interview by telephone with Vaughns and Marifat was initiated on 06/25/2010, seeking further clarification of some points and which is incorporated and identified within relevant portions of this FD-302]. SA Davis advised Marifat that he would refer to the meetings held after the public auction as the "private auction."

     Marifat advised that he obtained a real estate sales license in 2001 and a brokers license in 2004 through 2005. His broker company, World Financial, Newark, California which he operated with his sister, focused on financing of loans. In 2007, when the economy failed, he negotiated with his landlord to rescind the lease, then went to work for Washington Home Loans out of Fremont. At about that time he went to a real estate seminar and heard about buying properties at auctions. He was told that there will always be a few "good old boys" there and the investor may have to work with them.

     The first time he went to the auction in San Joaquin County was September, 2008. He had done some research concerning available foreclosures in "FidelityASP.Com." Now he uses foreclosureradar.com. At the time, he looked into purchasing properties in Alameda but was approached by a group of men there who wanted to buy properties on commission for him. He believes there are still improprieties perpetuated by a group in Contra Costa to this day. He decided that San Joaquin would be the most lucrative market because of the lower valued properties that had been built more recently. He recalled purchasing 1877 Bayonne Court, Tracy.

     In January, 2009, Wiley Chandler approached him and told him, "If you want property, you need to go through me." Marifat replied, "Why would I pay you?" Chandler told him, "Don't you have to pay tolls when you go to San Francisco?" "This is a toll to

---

Investigation on  06/18/2010  at  Pleasanton, California

File #  329C-SC-43503                              Date dictated  06/24/2010

by  SA Todd M. Davis

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.



329C-SC-43503

Continuation of FD-302 of __Yama Marifat__ , On __06/18/2010__ , Page __2__

make sure that I'm involved," he added. And, "You need my blessing."

Marifat saw five to six regulars every time he went to the auction and one or two people like himself who were not involved. The regulars kept tight control over the auction process, but later, when newer investors started showing up it became more difficult for the regulars. He described the regulars as Wiley Chandler, Richard Northcutt, Tony Ghio, Don Parker, Ted Hutz, Boyd Camper [agent comment: SA Davis suggested Camper's name to Marifat to refresh his memory], and Ken LNU who was a buyer for Katakis. Once, he asked Chandler how long he had been doing this? Chandler told him he had been doing it for ten years and Northcutt for 30 years. Marifat noted that he had been trying for about three months (January, 2009 to the end of March, 2009) to purchase properties, but Chandler would always out bid him. Chandler did all the bidding for the regulars at that time. He always would ask Marifat what he wanted to pay and Marifat would not tell him, but Chandler would bid against him. He thought Chandler was buying about five to ten properties per day at the time. In March, 2009, he met Danny Olmstead. Olmstead was interested in buying a car Marifat was selling. The next day, Marifat was looking at a house in Tracy that had just been purchased by Olmstead and Olmstead drove up and they talked about the car again. The next weekend, he talked with Olmstead about his frustrations in trying to buy property at the auctions. Olmstead offered to partner with Marifat on a couple of properties. The first property was at 4209 Roxbury, Tracy. Danny bought it at the auction and titled it in Marifat's name. The arrangement was for a 50/50 split of the proceeds. Later, Olmstead told Marifat that he (Olmstead) had to pay $5,000 to Chandler. Olmstead further told him that if you want to survive, you have to work with Chandler. The $5000 was added to the purchase price and the two partners split the proceeds of the later sale. The next home they purchased together was 250 Verano, Mountain House. Both the partners were on the title together. Again, Olmstead had to pay Chandler about $5,000, but this time, Marifat paid one half of it.

At this point, Marifat decided to "play ball" with Chandler. On 05/22/2009, 05/13/1009, and 06/29/2009 he purchased houses on Moraga in Mountain House, Lamonte in Tracy, and Glenhaven in Tracy respectively. Concerning all three, Chandler asked him which houses he was interested in buying that day and the price he was willing to spend. Later in the day, Chandler would meet with the regulars and see who was willing to pay the most for that

329C-SC-43503

Continuation of FD-302 of ___Yama Marifat_____ ,On __06/18/2010__ , Page __3__

    property. Marifat was the lucky one on these three. Chandler, of course would be the bidder on these properties. Marifat noted that it was some of the investor's intentions to "milk the system" and get the payoffs from the private auction without having to purchase many homes. Marifat thought Tony Ghio was one of these persons. He also never saw Philippe Lauren purchase any homes. Lauren only participated in the private auctions. Marifat advised that he frequently saw Chandler meet at the Casa Flores restaurant with Ken LNU, Richard Northcutt, Tony Ghio and occasionally Don Parker and Ted Hutz. After Chandler would meet with the regulars, he would return to Marifat and ask for cash in a certain amount. For the Moraga property, it was $12,000 and for the LaMonte property, it was $40,000 (roughly), and for the Glenhaven property it was $2,500. However, with respect to LaMonte, and Glenhaven, Marifat paid him with a cashier's check and prepared a 1099. Chandler complained about the checks! Marifat also noted that Ted Longley the crier would frequently excuse himself during the auctions and when he returned, the regulars would follow him over to the courthouse steps. Marifat found that this demonstrated they were all "keyed" into Longley. This always occurred in respect to good properties.

    Marifat advised that on a few occasions, he sat around the table at the private auction for the bidding, but most of the time, Chandler would handle it for him and contact him later that day with the amount he needed to pay if he won. Olmstead also participated in some private auctions too. As an example, Marifat recalled a few times when he met at the bagel shop back room, across the street from the public auctions. He and Olmstead would agree on a price before the private auction, then Marifat would attend. He recalled on these occasions, the participants were Ken LNU, Don Parker, Jay LNU, Philippe Lauren, Tony Ghio, Richard Northcutt, Rob Rose, and Angel LNU. Marifat advised that all the properties purchased by the regulars for that day were auctioned off in the private auction. Marifat would tell Chandler and the group his price and then leave. However, Marifat noted that he sometimes watched them go around the circle of investors and bid on various properties, although he didn't participate in the bidding. For properties in which Marifat was the winning bidder, Chandler would meet with Marifat and tell him how much he had to pay the others. Ted Longley waited until the end of the day to complete the paperwork, while the regulars finished the private auction. Marifat recalled seeing Ted at the Stockton Bank at about 2:30 pm or so, waiting for the winners to show up and give him the winning cashier's check. Marifat always paid to Chandler the difference



329C-SC-43503

Continuation of FD-302 of __Yama Marifat__ , On __06/18/2010__ , Page __4__

between the purchase price for the public auction and the amount agreed upon at the private auction. He made out the cashier's check (for the private auction amount) to Wiley Chandler. Marifat also observed that Chandler would start the day by handing a cashier's check to Longley to show he was qualified as required. Longley kept the check throughout each of the subsequent auctions that day. He heard Chandler saying frequently, "you already have my check."

Marifat advised that Ken LNU slipped one day and said that Ted Longley was involved in whatever they were doing. This made sense to Marifat based on his observation that the regulars always sat across the street until the exact time of sale of good properties. Marifat frequently saw manipulation of times of sales ocurring at the same time as another auction was starting up.

In August, Marifat recalled purchasing a house on Bremington [agent comment: possibly Remington] in Tracy. Ted Longley had just left the 10:00 AM auction to cry at the 11:00 AM auction around the corner. Drew Modelo showed up (always late for his own 10:00 AM auction) at about 10:55 AM. Marifat was the only one standing out front and Drew cried it out, and Marifat, as the only bidder, got it for one penny over the opening bid. The other investors later walked back from the 11:00 AM auction. Chandler found that the Bremington property had been sold. Chandler told Marifat, that he already had the house sold and that Marifat now had to pay Chandler for it. Then Chandler walked over to Drew and seized from Drew the check Marifat had given him and said to Drew, "Remember who pays you!" Chandler offered Marifat $5,000 and Marifat walked away.

The following discussion focused on specific properties listed on the Tony Ghio spreadsheet:

**Item #**

197 (Viento): Marifat advised that he never paid anyone on this property. He recalled getting it for one penny over the opening bid. He wondered at the time why no one else bid on it. However, Marifat saw Chandler nod to him and walked up to Chandler to talk. Chandler told him, "I gave you the eye" and Chandler demanded he pay him $2,000, but Marifat responded, "Fuck you!"



237 (Sullivan): Marifat advised that this was on the same date as his purchase of Moraga. Chandler asked him if he was interested in



329C-SC-43503

Continuation of FD-302 of __Yama Marifat__ , On 06/18/2010 , Page 5

this house and Marifat replied that he was not and that the house had many problems with it. Marifat was paid for sharing the information. Marifat didn't believe there was a private auction on it.

238 (Moraga): See above.

264 (LaMonte): See above.

344 (Safford): Marifat could not recall much about this property, but he thought he may have offered information to Chandler about this property because he kept track of the Tracy/Mountain House properties.

364 (Frank Blondin): Marifat advised that Ken LNU bought this one. This property had been purchased at a prior auction by Marifat who rehabilitated it, then, before he could sell it, the original borrower filed bankruptcy. The trustee sent his money back as a result, although Marifat was still out his rehab costs. On July 7, when the property was offered at the auction again the second time, Marifat informed everyone there of the problem and Chandler agreed to pay the costs to Marifat which he did by check.

390 (Quail Run): He believed this payoff was for information he provided to Chandler. Marifat noted that most of the payoffs for 2009 were for information.

395 (Jefferson): This was a house Marifat wanted to buy, and provided his number to Chandler. He also offered information about the quality of the house and was paid for that information.

    SA Davis asked Marifat what percentage of payoffs were for "information" and how many were for private auction payoffs without information being provided to Chandler. Marifat could not come up with a figure but estimated the majority were payoffs for information.

397 (Lone Fox): On this house, Danny partnered with Marifat, but Danny didn't want Chandler to know about the partnership. However, Marifat shared with Chandler information about this house in which he had researched. After he was paid by Chandler, the $1,459 was put back into the split between Olmstead and Marifat as profits. See further discussion relative to this property below.



329C-SC-43503

Continuation of FD-302 of ___Yama Marifat_____ , On __06/18/2010__ , Page __6__

    At this point in the interview, Marifat interjected the following: Two weeks ago, Boyd Camper proposed that Marifat pay him $1,000 a week plus bonuses per property for information Camper would supply to Marifat to assist Marifat in buying properties.

403 (Sunrise): Marifat could not recall anything about this sale.

406 (Wagtail): Marifat could not recall anything about this sale.

407 (Roxbury): See above discussion.

424 (Crescent Moon): Marifat could not recall anything about this sale.

425 (Ray Wise): This property was purchased for an investor and the payoff was for information provided to Chandler.

427 (McDermott): Marifat loaned some of the purchase price to Rose who paid it back to him. No explanation was given about the payoff.

433 (Felicidad): Marifat explained again that this property payoff was for information provided. [Agent comment: At this point in the interview Marifat advised that all of the property payoffs through the next several months were for information provided to Chandler. Marifat admitted that he continued to receive payoffs for several of these properties. SA Davis decided to randomly pick three more properties for discussion as found below]

640 (Tradition): Marifat denied having any involvement with this property.

490 (Pasadena): Marifat advised that this was purchased with his partner Olmstead and Olmstead made the payoff.

579 (Viento): This property was handled like most all other purchases, utilizing the private auction for payoffs (see above).

    SA Davis asked Marifat about several properties from a list provided to him by the USDOJ, Antitrust Division. The following is Marifat's response:

250 Verano Way: This is one of the Olmstead/Marifat properties purchased under the partnership agreement. Marifat recalled the $5,000 was a payoff. The $19,975 check to Marifat from Olmstead

329C-SC-43503

Continuation of FD-302 of __Yama Marifat__ , On 06/18/2010 , Page 7

was indeed for rehabilitation costs that Marifat incurred. Since this was a partnership property, Marifat paid for his share of the purchase price.

4694 Monarch: Marifat believed this property was "legitimate." Marifat was paid a commission after the later sale to the investor.

2681 Highgate: Marifat purchased this property for Olmstead and was issued a commission check for his effort.

10 E Ferdinand St.: Marifat purchased this property for Olmstead and used Marifat's own money. Marifat was reimbursed for rehabilitation costs and for the purchase price.

Note: Marifat stated that whenever Olmstead and Marifat re-sold a property to a third party investor, the commissions were paid to Marifat on what was left after the investor was paid. This was per the agreement with the investor.

13800 Pinecrest Street: This was not a partnership property. Marifat purchased this one for Olmstead.

4739 Windchime Way: This was a partnership property and Olmstead had to pay Wiley Chandler to "own it." Marifat received a commission upon subsequent sale to an investor.

17408 Mill Stone Way. This was not a partnership property. Marifat purchased this one for Olmstead. He received a commission check from Olmstead.

1900 Lone Fox Court: This was a partnership property which was later sold to a third party investor and Marifat received a commission. However, there was no investor lined up at the time of sale, but they located one after the sale. [Agent Comment: The following discussion of Lone Fox relates to a second telephonic interview with Marifat and his attorney James Vaughns on 06/25/2010 seeking further clarification]. With this property, Olmstead didn't want Chandler to know Marifat was partnered with him, hence the payoff to Marifat. Marifat added that the payment of $1,459 was also considered a payment for information he gave to Olmstead to bid on the property. Marifat did not know why Chandler received an extra check for $10,000, but noted that Chandler was always scheming for his own interest in these matters.

EDRE-FBI-302-00118



329C-SC-43503

Continuation of FD-302 of __Yama Marifat__ , On 06/18/2010 , Page 8

48 W Clarissa Lane: This was a partnered property and Marifat receive a commission upon subsequent sale. Marifat noted that whether others were involved or not, Chandler was always involved on all properties, although payments to him were for information.

1446 Sunrise Court: This was another investor property purchased by the partnership similar to Lone Fox and other partnered properties. See above.

4248 Roxbury: This is similar to all other partnered properties. See above. In addition, Marifat stated that the two checks to him may have included rehabilitation expenses.

1763 Bonnie Ct: This was a partnership property and Marifat was paid his commission. However, Chandler bid on the property and purchased himself for investment purposes. Olmstead spoke to Chandler about the property, notifying him that he had an investor lined up. Chandler told him to pay him $30,000 which Marifat described as a "toll fee." There was no private auction on this property. After Olmstead re-sold to his investor, Olmstead became aware of a Lis Pendens action on the title. As a result, Olmstead gave the investor back his money and then reached a deal with the Lis Pendens party and eventually cleared title.

1609 Ray Wise Lane: Again, this is an investor property and purchased under the partnership arrangement with Olmstead. See discussion above of Lone Fox and other partnership properties.

493 Banff Ct: Again, partnership property--see above.

675 W Pasadena Ave: Again, partnership property--see above.

1170 Cornucopia Place: Again, partnership property--see above.

2648 Christy Street: This was a partnership property in which Marifat was paid his commission for "information" given to Olmstead to make the deal.

    Marifat noted that sometimes he purchased property under the company Marifat Family, LLC. A sub-category was created called Marifat Funding Series for a separate purpose. In other words, Marifat envisioned that he would place some properties for rental under one company and use another for purchase and sale. It was simply a means to take title.



329C-SC-43503

Continuation of FD-302 of ___Yama Marifat_____ , On _06/18/2010_ , Page __9__

      Marifat further advised that he thought he had been told by Jay LNU (believed to be Jay Patel), that in Contra Costa County the investors have the assistance of criers to drop or write down the bid offer below the publicly announced and final bid.

      R-2 Investments is owned by John Rocha and Rob Rose. Marifat has partnered with them before on a 1/3 split arrangement.

      Marifat's license is expired. He needs 45 hours of classes in order to reactivate it.

      Marifat believed he may have either purchased or received payoffs for about 15 to 20 properties, but he reiterated that the majority of payoffs to him were for information purposes.

      As the investigators were leaving, Marifat emphasized that he didn't create this environment but was forced into it. He had to pay them off for property. If he knew it was illegal, he would not have done it.

      The following interview was taken by conference telephone call on 06/25/2010 with Marifat and Vaughns present:

      The payoffs from Chandler for information came by way of checks from Chandler in most instances. These were paid to the LLC and to Marifat personally. There were some occasions when Marifat was paid by other investors for information as well, such as Rob Rose [Agent comment: SA Davis specifically asked about item 748 from the Ghio Spreadsheet]. The amount of payoffs from Chandler or others was left up to Chandler to determine. Marifat simply accepted the checks. Usually he was paid one or two days later. He recalled Chandler saying something to him about needing to clear/obtain funds. Marifat added, that if Chandler told him how much each other investor was paid for the property, Marifat would want more money.

| Debt | Amount paid by grantee | (05/12/09 - 6/10/09 and 07/02/09 - 07/28/09 and 07/29/09 - 08/10/09) |
|---|---|---|
| 311,310.71 | 58,771.32 | |
| 425,888.95 | 110,491.65 | |
| 311,138.66 | 45,000.01 | |
| 386,481.88 | 120,000.00 | |
| 311,039.58 | 174,340.58 | |
| 658,627.97 | 276,750.00 | |
| 219,395.00 | 49,200.01 | |
| 536,268.84 | 143,500.01 | |
| 305,144.01 | 47,490.01 | |
| 349,363.02 | 62,481.16 | |
| 395,519.82 | 128,717.11 | |
| 471,019.33 | 219,105.01 | |
| 569,316.64 | 242,286.01 | |
| 406,046.93 | 151,000.01 | |
| 323,255.41 | 57,000.01 | |
| 458,968.03 | 174,300.01 | |
| 594,426.64 | 218,950.00 | |
| 491,821.70 | 130,000.00 | |
| 285,571.05 | 34,000.01 | |
| 176,321.93 | 111,656.71 | |
| 335,443.82 | 62,451.36 | |
| 214,373.37 | 59,000.01 | |
| 269,190.98 | 37,820.01 | |
| 507,542.52 | 182,600.00 | |
| 237,929.13 | 51,000.01 | |
| 419,093.74 | 168,000.01 | |
| 323,228.31 | 148,000.00 | |
| 328,874.48 | 75,200.01 | |
| 433,327.80 | 113,750.01 | |
| 225,498.00 | 45,000.00 | |
| 547,484.00 | 130,000.00 | |
| 563,268.71 | 217,300.01 | |
| 362,455.41 | 120,000.00 | |
| 450,285.02 | 119,100.00 | |
| 425,898.06 | 61,000.01 | |
| 372,032.00 | 93,000.00 | |
| 345,000.00 | 192,100.00 | |
| 307,247.17 | 63,140.01 | |
| 421,650.26 | 142,025.01 | |
| 471,995.79 | 87,000.01 | |
| 30,860.82 | 30,860.82 | |
| 341,107.15 | 76,945.01 | |
| 291,309.00 | 59,500.01 | |
| 89,294.87 | 89,294.88 | |
| 522,733.96 | 102,209.01 | |
| 407,798.76 | 166,500.01 | |
| 292,243.28 | 111,730.01 | |
| 441,821.00 | 68,250.01 | |
| 345,915.93 | 98,400.01 | |
| 278,631.32 | 52,000.00 | |
| 302,543.72 | 98,000.00 | |

*handwritten:* Shio Vanzetti

| | |
|---:|---:|
| 322,051.17 | 128,000.01 |
| 370,836.37 | 149,912.81 |
| 438,746.72 | 206,000.00 |
| 395,887.46 | 50,000.00 |
| 305,667.87 | 87,890.00 |
| 198,407.24 | 198,407.24 |
| 278,917.07 | 93,500.01 |
| 614,369.88 | 614,369.88 |
| 330,719.36 | 68,000.01 |
| 274,506.85 | 65,000.01 |
| 642,469.60 | 239,613.01 |
| 450,806.13 | 186,000.01 |
| 175,153.99 | 55,250.01 |
| 431,886.92 | 63,750.01 |
| 529,941.75 | 172,459.21 |
| 57,100.00 | 57,100.00 |
| 409,875.36 | 129,000.01 |
| 294,406.15 | 294,406.15 |
| 538,667.18 | 124,200.00 |
| 456,029.36 | 182,000.04 |
| 324,136.04 | 135,000.00 |
| 341,922.62 | 134,555.01 |
| 529,941.75 | 172,459.21 |
| 402,758.90 | 116,000.00 |
| 51,100.00 | 51,100.00 |
| 217,270.32 | 52,000.00 |
| 618,096.14 | 231,351.01 |
| 438,016.12 | 101,500.00 |
| 278,479.08 | 75,000.00 |
| 258,773.50 | 62,000.01 |
| 290,780.08 | 50,000.00 |
| 384,494.50 | 105,500.00 |
| 296,390.69 | 54,400.00 |
| 420,292.91 | 125,491.51 |
| 473,543.09 | 140,000.01 |
| 514,752.40 | 129,210.00 |
| 258,736.76 | 42,277.51 |
| 503,685.18 | 206,100.00 |
| 569,970.37 | 254,000.00 |
| 498,148.59 | 200,000.00 |
| 34,080,739.95 Total | 11,279,018.56 Total |