DAVID J. COHEN, ESQ.
California Bar No. 145748
ALEXANDER P. GUILMARTIN, ESQ.
California Bar No. 306787
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone: (415) 398-3900

Attorneys for Defendant **Yama Marifat**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YAMA MARIFAT,<br><br>Defendant. | Case No. 2:17-CR-00189 WBS<br><br>**MR. MARIFAT'S MOTION TO CONTINUE TRIAL** |

**I.**

**REQUEST FOR ONE-DAY CONTINUANCE OF TRIAL**

Yama Marifat is currently set for trial on one count of bid-rigging on October 2, 2018. Mr. Marifat's counsel was previously scheduled for oral argument before the Ninth Circuit Court of Appeals in *United States v. Turner*, Case No. 17-10299, on October 11, 2018. At Mr. Marifat's trial confirmation hearing, this court requested Mr. Marifat file with the Ninth Circuit a request to defer oral argument in *Turner* in consideration of the district court's trial schedule in this matter. Mr. Marifat did so, and on September 6, 2018, the Ninth Circuit granted Mr. Marifat's requested deferment of oral argument and removed the argument from the October 11, 2018 calendar date.

However, mere minutes later, the Supreme Court of California scheduled Mr. Marifat's counsel for oral argument in *Avitia v. Superior Court of San Joaquin County*, Case No. S242030, on October 2, 2018. Mr. Marifat's counsel now has the present conflict of a trial in this matter set to go forward on the same day as oral argument before the California Supreme Court in *Avitia*. The California Supreme Court has directed Mr. Marifat's counsel to contact it on September 7, 2018 regarding this scheduling conflict.

Consequently, Mr. Marifat respectfully requests this court continue the trial in this matter one day to October 3, 2018 in order to permit Mr. Marifat's counsel to conduct the California Supreme Court oral argument scheduled on October 2.

Mr. Marifat has contacted counsel for the government regarding this request. The government opposes any continuance. Mr. Marifat contacted the clerk of this court regarding the scheduling conflict that has arisen and the California Supreme Court's request for immediate resolution. The clerk instructed Mr. Marifat to submit a request for a one-day continuance, and Mr. Marifat does so presently.

Respectfully submitted,

**BAY AREA CRIMINAL LAWYERS, PC**

Dated: September 6, 2018          By: /s/David J. Cohen
                                       DAVID J. COHEN, ESQ.

                                  Attorneys for Defendant **Yama Marifat**