ANDREW MAST (CSBN 284070)
JENNIFER HANE (CSBN 275729)
ARSHIA NAJAFI (CSBN 311229)
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, California  94102-3478
Telephone: (415) 934-5300
andrew.mast@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>YAMA MARIFAT,<br><br>      Defendant. | CASE NO. 2:17-CR-0189 WBS<br><br>**UNITED STATES' RESPONSE TO DEFENDANT'S MOTION TO CONTINUE TRIAL** |

On July 10, 2018, the Court scheduled trial in this matter for October 2, 2018.  In order to avoid delaying trial, the government requests that counsel for defendant be ordered to seek a continuance of his oral argument before the California Supreme Court, which is also scheduled for October 2.  If the California Supreme Court does not grant defendant's request for a continuance, the government does not object to beginning trial on October 3, 2018.

Respectfully submitted,

DATE: September 6, 2018

/s/
ANDREW MAST
Trial Attorney
Antitrust Division
United States Department of Justice