DAVID J. COHEN, ESQ.
California Bar No. 145748
ALEXANDER P. GUILMARTIN, ESQ.
California Bar No. 306767
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone: (415) 398-3900

Attorneys for Defendant **Yama Marifat**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YAMA MARIFAT,<br><br>Defendant. | Case No. 2:17-cr-00189-WBS<br><br>**ORDER** |

**ORDER**

This being a "lower court", it would not want to violate the mandate of the California Supreme Court by suggesting that counsel ask for a continuance of his oral argument on October 2, 2018. Accordingly, it is hereby ORDERED that the trial in this matter, currently scheduled to commence on October 2, 2018, be continued one day to October 3, 2018 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: September 7, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1