ANDREW MAST (CSBN 284070)
JENNIFER HANE (CSBN 275729)
ARSHIA NAJAFI (CSBN 311229)
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, California  94102-3478
Telephone: (415) 934-5300
andrew.mast@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br>　　　v.<br><br>YAMA MARIFAT,<br><br>　　　　　　　　　Defendant. | CASE NO. 2:17-CR-0189 WBS<br><br>**UNITED STATES' [PROPOSED] VOIR DIRE QUESTIONS**<br><br>TRIAL DATE: October 3, 2018<br>TIME: 9:00 a.m.<br>COURT: Honorable William B. Shubb |

The government proposes that the Court ask potential jurors the following questions during the initial *voir dire*.

1. Name

2. Age

3. City where you live

4. Place of birth

5. Do you rent or own your own home?

6. Marital status

7. What is your occupation?  If retired, what was your main occupation when you were working?

Case 2:17-cr-00189-WBS   Document 71   Filed 09/24/18   Page 2 of 4

8. Who is (or was) your employer?

9. How long have or did you work for this employer?

10. For any adults living with you, what are their occupations?

11. Do you have children? How old? If employed, what are their occupations?

12. What is your educational background? What was your major area of study?

13. What organizations, civic clubs, professional associations, recreational groups, or clubs do you belong to?

14. Have you ever served on a jury?

   a. If yes, how many times?
   b. State or federal court?
   c. How long ago?
   d. Civil or criminal case(s)?
   e. Did the juries reach a verdict?
   f. Is there any reason that your prior jury service would affect your ability to be fair, objective, and impartial to both sides at this trial?

15. Have you served in the military? Which branch?

16. Have you ever served in the military police or in a court martial? Where did you serve?

17. Have you, or a close friend or family member, ever been employed by any law enforcement agency?

   a. Who was employed?
   b. Where did they work?

18. Have you, or a close friend or family member, ever worked for a court or for any prosecution or criminal defense office, including a district attorney's office, United States Attorney's Office, public defender's office, or a private criminal defense attorney's office?

   a. Who was employed
   b. Where did they work?

19. Have you, or a close friend or family member, ever worked in the real estate industry?

      a. Who was employed?

      b. Where did they work?

20. Have you, or a close friend or family member, ever worked in the banking industry or for a financial institution that made home loans?

      a. Who was employed?

      b. Where did they work?

21. Have you, or a close friend or family member, ever worked for a trustee or an auctioneer involved in real estate foreclosure auctions?

      a. Who was employed?

      b. Where did they work?

22. Have you, or a close friend or family member, been victim of or witness to a crime? If yes, please explain.

23. Have you, or a close friend or family member, ever been arrested or convicted of any offense? If yes, please explain.

24. Have you, or a close friend or family member, ever been accused of any illegal or unethical conduct in the course of your employment? If yes, please explain.

25. Have you, or a close friend or family member, ever had a seriously negative experience with a federal or state law enforcement officer or agency? If yes, please explain.

26. Have you, or a close friend or family member, ever had a seriously negative experience with the Federal Bureau of Investigation (FBI) or any other federal agency or the federal government? If yes, please explain.

27. Would you be more likely to believe the testimony of a law enforcement officer simply because he or she is employed in law enforcement?

28. Would you be less likely to believe the testimony of a law enforcement officer simply because he or she is employed in law enforcement?

29. In this case, the defendant is charged with a conspiring to rig bids at foreclosure auctions in San Joaquin County in violation of the Sherman Antitrust Act. Is there anything about the

nature of these charges that would make it difficult for you to be a fair and impartial juror? If yes, please explain.

30. Have you heard or read anything about this case? If yes, please explain.

31. Have you, or any close friend or family member, ever participated in a foreclosure auction?

32. Have you, or any close friend or family member, ever experienced a property foreclosure? If yes, please explain.

33. Have you ever fallen behind on your mortgage payments?
    a. If yes, were you able to work out a solution short of foreclosure?
    b. Do you have any feelings about that experience that would prevent you from being fair, objective, and impartial in this case?

34. Will you be able to follow the law as the court gives it to you, even if you disagree with it or think it should be different?

35. Do you practice a religion that has a doctrine that its members may not sit in judgment of another's conduct in a court of law in a criminal case?

36. Are you taking any medication that makes you sleepy or might affect your ability to sit through a trial? If yes, please explain.

37. Is there any other reason, not already addressed, that would make it difficult for you to be a fair and impartial juror in this case? If yes, please explain.

Respectfully submitted,

DATE: September 24, 2018

/s/
ANDREW MAST
JENNIFER HANE
ARSHIA NAJAFI
Trial Attorney
Antitrust Division
United States Department of Justice