ANDREW MAST (CSBN 284070)
JENNIFER HANE (CSBN 275729)
ARSHIA NAJAFI (CSBN 311229)
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, California  94102-3478
Telephone: (415) 934-5300
andrew.mast@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>YAMA MARIFAT,<br><br>　　　　　　　　Defendant. | CASE NO. 2:17-CR-0189 WBS<br><br>**UNITED STATES' [PROPOSED] VERDICT FORM**<br><br>TRIAL DATE: October 3, 2018<br>TIME: 9:00 a.m.<br>COURT: Honorable William B. Shubb |

　　　The government proposes the following verdict form for use in the above-captioned case.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

DATE: September 24, 2018　　　　　　　　　　/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　ANDREW MAST
　　　　　　　　　　　　　　　　　　　　　　　　JENNIFER HANE
　　　　　　　　　　　　　　　　　　　　　　　　ARSHIA NAJAFI
　　　　　　　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　　　　　　　Antitrust Division
　　　　　　　　　　　　　　　　　　　　　　　　United States Department of Justice

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-0189 WBS |
|---|---|
| Plaintiff, | |
| v. | **VERDICT FORM** |
| YAMA MARIFAT, | |
| Defendant. | |

We the Jury in the above-entitled case unanimously find the answer to the following:

**Question 1:**

We the Jury find defendant **Yama Marifat** GUILTY \_\_\_\_ or NOT GUILTY \_\_\_\_ (check one) of bid rigging at public real estate foreclosure auctions in San Joaquin County in violation of the Sherman Act, 15 U.S.C. § 1, as charged in Count One of the Indictment.

Dated: _____

JURY FOREPERSON

[PROPOSED] VERDICT FORM
17-CR-189 WBS