ANDREW MAST (CSBN 284070)
JENNIFER HANE (CSBN 275729
ARSHIA NAJAFI (CSBN 311229)
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, California  94102-3478
Telephone: (415) 934-5300
andrew.mast@usdoj.gov

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Yama Marifat,<br><br>Defendant. | CASE NO. 2:17-CR-189-WBS<br><br>**UNITED STATES' WITNESS LIST**<br><br>TRIAL DATE: October 3, 2018<br>TIME: 9:00 a.m.<br>COURT: Judge: Hon. William B. Shubb |

The United States, by and through its undersigned counsel, hereby submits the following list of witnesses it may call in its case-in-chief.  The United States reserves the right to call additional witnesses during its case-in-chief as may be necessary, and to call witnesses in rebuttal to any evidence presented by the defendants.

1. Timothy Coffey
2. Todd Davis
3. Anthony Ghio
4. Cynthia Liao
5. Special Agent Chuma Lewis
6. Bounlet Louvan

7. Richard Northcutt

8. Walter D. Olmstead

9. Ashish Patel

10. Jay Patel

11. Robert Rose

12. William Sullivan

13. Custodian of Records for Bank of Stockton

14. Custodian of Records for Barchetta Inc., FKA Residential Services Validated

15. Custodian of Records for California Reconveyance Company

16. Custodian of Records for Cal-Western Reconveyance Corp.

17. Custodian of Records for CIT Bank, N.A.

18. Custodian of Records for CR Title Services Inc.

19. Custodian of Records for First American Trustee Servicing Solutions, LLC

20. Custodian of Records for Foreclosure Expeditors/Initiators, LLC

21. Custodian of Records for Housekey Financial Corp.

22. Custodian of Records for JPMorgan Chase Bank, N.A.

23. Custodian of Records for NDeX West, LLC

24. Custodian of Records for Northwest Trustee Services, Inc.

25. Custodian of Records for Priority Posting and Publishing

26. Custodian of Records for Ristau & Co., Incorporated

27. Custodian of Records for ServiceLink Agency Sales and Posting, LLC Successor to LPS Agency Sales & Posting, Inc.

28. Custodian of Records for First American Mortgage Solutions successor to TD Service Company Successor to Trustee's Assistance Corps

//
//
//
//

2

UNITED STATES' WITNESS LIST
2:17-CR-189-WBS

1. 29. Custodian of Records for Trustee Corps
2. 30. Custodian of Records for Wells Fargo

Dated: September 24, 2018

Respectfully submitted,

  /s/_____
Andrew Mast
Jennifer Hane
Arshia Najafi
Trial Attorney
U.S. Department of Justice
Antitrust Division