ANDREW MAST (CSBN 284070)
JENNIFER HANE (CSBN 275729)
ARSHIA NAJAFI (CSBN 311229)
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, California  94102-3478
Telephone: (415) 934-5300
andrew.mast@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>YAMA MARIFAT,<br><br>                              Defendant. | CASE NO. 2:17-CR-0189 WBS<br><br>**PROTECTIVE NOTICE OF APPEAL** |

   NOTICE IS HEREBY GIVEN that plaintiff United States of America hereby preserves its right to appeal to the United States Court of Appeals for the Ninth Circuit, under 18 U.S.C. § 3731, from the Ruling on Motions in Limine entered on the district court's docket on September 24, 2018 in the above-captioned case.  Doc. No. 70.  This ruling excludes from the government's case defendant's statements admitting to bid rigging.  The certification of the United States Attorney is attached.  Any appeal would need to be authorized by the Solicitor General.  28 C.F.R. 0.20(b).  A decision from the Solicitor General is not expected before trial is scheduled to begin on October 3, 2018.  Therefore, the government is

//
//
//
//

U.S. PROTECTIVE NOTICE OF APPEAL          1
17-CR-189 WBS

1 | filing a protective notice of appeal as contemplated by the United States Attorneys' Manual Section 2-
2 | 2.132.

Respectfully submitted,

DATE: September 27, 2018

/s/ _____
ANDREW MAST
JENNIFER HANE
ARSHIA NAJAFI
Trial Attorney
Antitrust Division
United States Department of Justice