UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YAMA MARIFAT,<br><br>Defendant. | No. 2:17-cr-0189 WBS<br><br>ORDER RE: MOTION FOR STAY OF PROCEEDINGS |

----oo0oo----

Before the court is the government's Protective Notice of Appeal (Docket No. 84) and the government's Motion to Stay (Docket No. 85). The court notes that defendant previously sought a stay of proceedings (Docket No. 49) and does not oppose the government's request (Docket No. 85 at n.1).

"The filing of a notice of appeal is an event of jurisdictional significance--it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." Griggs v. Provident Consumer Disc. Co., 459 U.S. 56, 58 (1982). Moreover,

1

upon filing of a notice of appeal and the United States Attorney's certification, the district court is divested of jurisdiction "to take any further action in the case pending resolution of the appeal." United States v. Jefferson, 623 F.3d 227, 233 (5th Cir. 2010).

In light of the government's Notice of Appeal and the unopposed Motion to Stay, the October 3, 2018 trial date is hereby VACATED. This matter is dropped from the court's trial calendar and all proceedings are STAYED, subject to being reset on motion by the parties once the Ninth Circuit has issued its decision.

In staying this action pending appeal, the court makes no finding as to excludable time, and nothing in this order shall be construed as authorization of an interlocutory appeal pursuant to 28 U.S.C. § 1292. See United States v. Samueli, 582 F.3d 988, 991-92 (9th Cir. 2009) (holding that with limited exceptions orders in criminal cases are unreviewable on appeal before imposition of judgment and sentence).

IT IS SO ORDERED.

Dated: September 27, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE