ANDREW MAST (CSBN 284070)
JENNIFER HANE (CSBN 275729)
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, California  94102-3478
Telephone: (415) 934-5300
andrew.mast@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br>            v.<br><br>YAMA MARIFAT,<br><br>                         Defendant. | CASE NO. 2:17-CR-0189 WBS<br><br>**AMENDED NOTICE OF HEARING ON THE UNITED STATES' MOTION TO LIFT STAY AND SCHEDULE A STATUS CONFERENCE**<br><br>DATE: January 22, 2019<br>TIME: 9:00 a.m.<br>COURT: Honorable William B. Shubb |

PLEASE TAKE NOTICE that the hearing on the United States' Motion to Lift Stay and Schedule a Status Conference (Dkt. 90) is reset to **January 22, 2019**, at **9:00 a.m.** before the Honorable William B. Shubb.

Respectfully submitted,

DATE: December 27, 2018

/s/
ANDREW MAST
JENNIFER HANE
Trial Attorney
Antitrust Division
United States Department of Justice