DAVID J. COHEN, ESQ.
California Bar No. 145748
ALEXANDER P. GUILMARTIN, ESQ.
California Bar No. 306787
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone: (415) 398-3900

Attorneys for Defendant **Yama Marifat**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>YAMA MARIFAT,<br><br>    Defendant. | Case No. 2:17-CR-00189 WBS<br><br>**MR. MARIFAT'S NOTICE OF WITHDRAWAL OF MOTION TO STRIKE (DKT. 91)** |

PLEASE TAKE NOTICE that Yama Marifat hereby withdraws his motion to strike the United States' Motion to Lift Stay (dkt. 91). This withdrawal is based on the government's amended notice of its motion and its request to reset the hearing on the motion, in compliance with Local Rule 430.1, to January 22, 2019. *See* dkt. 92. Mr. Marifat will still file his timely response to the government's motion (dkt. 90) in accordance with the Local Rules of this District.

Respectfully submitted,

**BAY AREA CRIMINAL LAWYERS, PC**

Dated: December 28, 2018    By:/s/David J. Cohen
                                    DAVID J. COHEN, ESQ.

Attorneys for Defendant **Yama Marifat**