ANDREW MAST (CSBN 284070)
JENNIFER HANE (CSBN 275729)
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 934-5300
andrew.mast@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YAMA MARIFAT,<br><br>Defendant. | Case No. CR 2:17-00189 WBS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

The United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. The parties appeared before this Court on January 22, 2019 in the above-captioned matter. The Court conferred with counsel regarding the government's motion to lift stay and defendant's motion for reconsideration pending before the Ninth Circuit. The Court ordered that the stay remain in place and set a briefing schedule for defendant's motion to dismiss the indictment as follows:

- the defendant's motion is to be filed by February 25, 2019;
- the government's response is to be filed by March 18, 2019;
- defendant's reply is to be filed by April 1, 2019; and
- a motion hearing is set for April 15, 2019 at 9:00 a.m.

The Court also found that time between January 22, 2019 and February 25, 2019 is excludable under local code T-4 under the Speedy Trial Act and ordered the government submit a stipulation and proposed order of excludable time.

    2. Therefore, the parties agree and stipulate, and request the Court find the following pertaining to the Speedy Trial Act, 18 U.S.C. 3161:

        a. Counsel for the defendant requires time to research and file a motion to dismiss and otherwise prepare for trial.

        b. Counsel for the defendant is scheduled to begin a murder trial in state court on January 28, 2019 that is estimated to take three to four months to complete.

        c. Counsel for the government and the counsel for the defendant will meet and confer after January 28, 2019 to determine if counsel for defendant is available to appear at a status conference to schedule trial in the above-captioned matter after his state court trial schedule is known.

        d. Based on the above, and for the reasons stated on the record at the January 22, 2019 hearing, the time period of January 22, 2019 through February 25, 2019 is excludable under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), Local Code T-4, because the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. Failure to exclude time would unreasonably deny counsel for defendant the time necessary for effective preparation, taking into account the exercise of due diligence.

DATED: January 24, 2019                                 Respectfully submitted,

                                                                              /s/
                                                        ANDREW J. MAST
                                                        Trial Attorney
                                                        Antitrust Division
                                                       U.S. Department of Justice

DATED: January 24, 2019                                 /s/
                                                       DAVID J. COHEN*
                                                       Counsel for the defendant
                                                       YAMA MARIFAT
                                                       * signed with permission

17-CR-189WBS
STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: January 25, 2019

_/s/ William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE