ANDREW MAST (CSBN 284070)
JENNIFER HANE (CSBN 275729)
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 934-5300
andrew.mast@usdoj.gov

Attorney for United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

v.

YAMA MARIFAT,

    Defendant.

Case No. CR 2:17-00189 WBS

**STIPULATION AND ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**

    The United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

    1. Trial in the above-captioned matter was scheduled for October 16, 2019.

    2. The parties appeared before this Court on September 9, 2019 for a trial confirmation hearing and hearing on defendant's motion to continue trial. After conferring with counsel regarding the defendant's motion to continue trial, the Court granted defendant's motion to continue trial and rescheduled trial for January 2, 2020. The Court requested the parties submit a stipulation excluding the time between October 16, 2019 and January 2, 2020 under the Speedy Trial Act.

    3. The parties agree and stipulate, and request the Court find the following pertaining to the Speedy Trial Act, 18 U.S.C. 3161:

a. Counsel for defendant is also serving as counsel for a defendant in the case of *People v. Barrera,* Case No. 051419613. Counsel is appearing in pre-trial motions hearings before the *Barrera* court. Jury selection in the *Barrera* matter is scheduled to commence on October 7, 2019.

b. Counsel for Mr. Barrera estimates that trial in the *People v. Barrera* matter will continue through December 2019 and possibly into January 2020.

c. Based on the above, and for the reasons stated on the record at the September 9, 2019 hearing, the time period of October 16, 2019 through January 2, 2020 is excludable under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), Local Code T-1, because the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. Failure to exclude time would unreasonably deny the defendant continuity of counsel.

DATED: September 12, 2019

Respectfully submitted,

_____/s/_____
ANDREW J. MAST
Trial Attorney
Antitrust Division
U.S. Department of Justice

DATED: September 12, 2019

_____/s/_____
DAVID J. COHEN
Counsel for the defendant
YAMA MARIFAT
* signed with permission

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: September 13, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE