DAVID J. COHEN, ESQ.
California Bar No. 145748
MICHAEL J. PELLEGRINI, ESQ.
California Bar No. 285175
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone: (415) 398-3900

Attorneys for Defendant **Yama Marifat**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YAMA MARIFAT,<br><br>Defendant. | Case No. CR 2:17-00189 WBS<br><br>**STIPULATION BY THE PARTIES AND ORDER BY THE COURT THAT COUNSEL FOR MR. MARIFAT, DAVID J. COHEN, ESQ., AND MR. MARIFAT BE ORDERED TO BE PRESENT FOR TRIAL ON THE NEXT COURT DATE FOLLOWING THE VERDICT OR CONCLUSION OF THE TRIAL OF** *PEOPLE V. BARRERA*, **CONTRA COSTA CASE NO. 05-141961-3, IN WHICH MR, COHEN HAS BEEN, AND IS CURRENTLY, ENGAGED AND ORDER THEREON** |

**WHEREAS** the parties and the Court wish to commence the trial in this case after the conclusion of Counsel David J. Cohen, Esq.'s trial, in *People v. Barrera*, Case No. 05-141961-3, in the County of Contra Costa;

**WHEREAS** Mr. Cohen has been continually engaged in the *Barrera* trial since October 7, 2019, and he remains continually engaged in that trial;

**WHEREAS** the *Barrera* trial is currently estimated to conclude in the last week of January, 2020 or the first week of February, 2020;

**WHEREAS** Counsel David J. Cohen, Esq. is also set for two complex and lengthy time not waived State of California trials on January 6, 2020;

**IT IS THEREFORE HEREBY STIPULATED** by the parties and ordered by the Court as follows:

1. Counsel, David J. Cohen, Esq. and Mr. Marifat, as of the date of this Order, be ordered to appear for trial in this matter on the next court day following the verdict, or any other conclusion, in *United States v. Marifat,* Case No. 2:17-CR-00189 WBS;

2. The United States be ordered to have their first witnesses available for testimony on February 11, 2020 or, if the *Barrera* trial is continuing on February 11, 2020, to have their first witnesses available for testimony on February 19, 2020.

**IT IS SO STIPULATED.**

Dated:  December 23, 2019              **BAY AREA CRIMINAL LAWYERS, PC**

                                       By:  /s/ David J. Cohen
                                             DAVID J. COHEN, ESQ.
                                       Attorneys for Defendant Yama Marifat

Dated:  December 23, 2019              **U.S. DEPARTMENT OF JUSTICE**
                                       **ANTITRUST DIVISION**

                                       By:   /s/ Andrew J. Mast
                                              ANDREW J. MAST, ESQ.

                                       Trial Attorney for **The United States**

**IT IS SO ORDERED.**

Dated:  December 27, 2019              /s/ William B. Shubb
                                       WILLIAM B. SHUBB
                                       UNITED STATES DISTRICT JUDGE

---

STIPULATION BY THE PARTIES AND ORDER BY THE COURT THAT COUNSEL FOR MR. MARIFAT, DAVID J. COHEN, ESQ., AND MR. MARIFAT BE ORDERED TO BE PRESENT FOR TRIAL ON THE NEXT COURT DATE FOLLOWING THE VERDICT OR CONCLUSION OF THE TRIAL OF *PEOPLE V. BARRERA*, CONTRA COSTA CASE NO. 05-141961-3, IN WHICH MR, COHEN HAS BEEN, AND IS CURRENTLY, ENGAGED AND [PROPOSED] ORDER THEREON
*U.S. v. Marifat;*
Case No. 2:17-CR-00189 WBS

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: December 27, 2019

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE