ANDREW MAST (CSBN 284070)
JENNIFER HANE (CSBN 275729)
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 934-5300
andrew.mast@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YAMA MARIFAT,<br><br>Defendant. | Case No. CR 2:17-00189 WBS<br><br>STIPULATION AND ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

The United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. The parties appeared before this Court for a status hearing on December 20, 2019. Trial in the above-captioned matter was previously scheduled for January 2, 2020.

2. Counsel for defendant represents a defendant in the case of *People v. Barrera*, Case No. 051419613. Trial in the *Barrera* case is ongoing and is expected to last through last week of January, 2020 or the first week of February, 2020.

3. As set forth in a separate stipulation, the parties agreed that trial in the above-captioned matter shall follow the *Barrera* case. The United States shall have their first witnesses available for testimony on February 11, 2020 or, if the *Barrera* trial is continuing on February 11, 2020, shall have their first witnesses available for testimony on February 19, 2020.

4. The time period between December 20, 2019 and February 19, 2020 is excludable under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), Local Code T-1, because the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.  Failure to exclude time would unreasonably deny the defendant continuity of counsel.

DATED: December 23, 2019          Respectfully submitted,

                                                  /s/
                                    ANDREW J. MAST
                                    Trial Attorney
                                    Antitrust Division
                                    U.S. Department of Justice

DATED: December 23, 2019          /s/
                                    DAVID J. COHEN*
                                    Counsel for the defendant
                                    YAMA MARIFAT
                                    * signed with permission

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: December 27, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE