DAVID J. COHEN, ESQ.
California Bar No. 145748
MICHAEL J. PELLEGRINI, ESQ.
California Bar No. 285175
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone: (415) 398-3900

Attorneys for Defendant **Yama Marifat**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YAMA MARIFAT,<br><br>Defendant. | Case No. 2:17-CR-00189-WBS<br><br>**STIPULATION BY THE PARTIES AND ORDER BY THE COURT THAT COUNSEL FOR MR. MARIFAT, DAVID J. COHEN, ESQ., AND MR. MARIFAT BE ORDERED TO BE PRESENT FOR TRIAL ON THE NEXT COURT DATE FOLLOWING THE VERDICT OR CONCLUSION OF THE TRIAL OF** *PEOPLE V. BARRERA*, **CONTRA COSTA CASE NO. 05-141961-3, IN WHICH MR, COHEN HAS BEEN, AND IS CURRENTLY, ENGAGED AND [PROPOSED] ORDER THEREON** |

**WHEREAS** the parties and the Court wish to commence the trial in this case after the conclusion of Counsel David J. Cohen, Esq.'s trial, in *People v. Barrera*, Case No. 05-141961-3, in the County of Contra Costa;

**WHEREAS** Mr. Cohen has been continually engaged in the *Barrera* trial since October 7, 2019, and he remains engaged in that trial;

**WHEREAS** pursuant to a stipulation of the parties, this Court ordered the United States to have their first witnesses available for testimony on either February 11, 2020 or, if the *Barrera* trial was continuing on that date, February 19, 2020;

**WHEREAS** the Superior Court in *Barrera* has denied the defendant's motion for a mistrial that would alleviate a conflict with the currently scheduled dates of February 11, 2020 and February 19, 2020 in *United States v. Marifat,* Case No. 2:17-CR-00189 WBS;

**IT IS THEREFORE HEREBY STIPULATED** by the parties and ordered by the Court as follows:

1. The presently scheduled dates of February 11, 2020 and February 19, 2020 for trial in *United States v. Marifat,* Case No. 2:17-CR-00189 WBS shall be vacated;

2. Counsel, David J. Cohen, Mr. Marifat, and government counsel, remain ordered to appear for trial in this matter on the next court day following the verdict, or any other conclusion of *People v. Barrera*, Case No. 05-141961-3, in the County of Contra Costa;

3. The time period between February 19, 2020 and the date of the verdict, or any other conclusion of People v. Barrera, is excludable under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), Local Code T-1, because the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. Failure to exclude time would unreasonably deny the defendant continuity of counsel.

///

| | |
|---|---|
| 1 | **IT IS SO STIPULATED.** |
| 2 | Dated: February 6, 2020    **BAY AREA CRIMINAL LAWYERS, PC** |
| 3 | |
| 4 | By: /s/ David J. Cohen, Esq.  |
|   | DAVID J. COHEN, ESQ. |
| 5 | Attorneys for Defendant **Yama Marifat** |
| 6 | Dated: February 6, 2020    **U.S. DEPARTMENT OF JUSTICE** |
|   | **ANTITRUST DIVISION** |
| 7 | |
| 8 | By: /s/ Andrew J. Mast, Esq.  |
|   | ANDREW J. MAST, ESQ. |
| 9 | Trial Attorney for **The United States** |
| 10 | **IT IS SO ORDERED.** |
| 11 | **Dated:  February 7, 2020** |
| 12 | |
| 13 | WILLIAM B. SHUBB |
|    | UNITED STATES DISTRICT JUDGE |

STIPULATION BY THE PARTIES AND ORDER BY THE COURT THAT COUNSEL FOR MR. MARIFAT, DAVID J. COHEN, ESQ., AND MR. MARIFAT BE ORDERED TO BE PRESENT FOR TRIAL ON THE NEXT COURT DATE FOLLOWING THE VERDICT OR CONCLUSION OF THE TRIAL OF *PEOPLE V. BARRERA*, CONTRA COSTA CASE NO. 05-141961-3, IN WHICH MR, COHEN HAS BEEN, AND IS CURRENTLY, ENGAGED AND [PROPOSED] ORDER THEREON
*U.S. v. Marifat;*
Case No. 2:17-CR-00189-WBS            3