ANDREW MAST (CSBN 284070)
JENNIFER HANE (CSBN 275729)
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 934-5300
andrew.mast@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YAMA MARIFAT,<br><br>Defendant. | Case No. CR 2:17-00189 WBS<br><br>**STIPULATION AND ORDER CONTINUING TRIAL AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

The United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. Trial in the above-captioned matter was currently scheduled to commence on the next court day following a verdict, or other conclusion, of *People v. Barrera*, Case No. 05-141961-3, in Contra Costa County. Counsel for defendant Yama Marifat represents a defendant in the *Barrera* matter.

2. On November 11, 2020, the jury reached a partial verdict in the *Barrera* trial, thereby concluding the trial.

3. Pursuant to General Order 618, issued on May 13, 2020 by Chief Judge Kimberly J. Mueller, the United States District Court for the Eastern District of California is not currently calling jurors for civil or criminal jury trials until further notice.

4. Because the restrictions set forth in General Order 618 have not been lifted as of the date of this stipulation, the *Marifat* matter could not begin the next court day after the conclusion of the *Barrera* matter as previously scheduled.

5. Counsel for defendant is currently scheduled to commence trial in the case of *People v. Lim*, case no. 16-NM-002484-A in San Mateo County on December 7, 2020. Trial is expected to last two to three weeks.

6. Counsel for defendant is also currently scheduled to commence trial in the case of *People v. Ruiz-Martinez*, case no. 16-CR-02326, in Santa Cruz County on December 14, 2020. Trial is expected to last three to four months.

7. Counsel for defendant is also currently scheduled to commence trial in the case of *People v. Avitia*, case no. CR-2016-881 in San Joaquin County on February 5, 2021. Trial is expected to last three to four weeks.

8. Counsel for defendant is also currently scheduled to commence trial in the case of *People v. Seiter*, case no. 17-CR-000995 in Alameda County on January 11, 2021. Trial is expected to last one to two weeks.

9. Counsel for defendant is also currently scheduled to commence trial in the case of *People v. Gonzales*, case no. 19-NF-003134-A in San Mateo County on February 19, 2021. Trial is expected to last two to three weeks.

10. Counsel for defendant is also currently scheduled to commence trial in the case of *People v. Singh*, case no. C1917982 in Santa Clara County on March 15, 2021. Trial is expected to last three to four weeks.

11. Counsel for defendant is also currently scheduled to commence trial in the case of *People v. Abuyahya*, case no. 19-NF-009764-A in San Mateo County on May 10, 2021. Trial is expected to last two to three weeks.

12. In the matter of People v. *Ruiz-Martinez*, Case No. 16-CR-02326, in Santa Cruz County, counsel estimates that the trial will commence in late January or early February 2021. The defendant in the *Ruiz-Martinez* matter has not waived time and defense counsel estimates that the trial will last three to four months.

13. It is currently expected that every one of the listed trials will go forward, subject to COVID-19 restrictions.  However, it is not known to what extent one or more of these trials will trail one another.

14. Based upon comments made by the presiding criminal judge in the County of Santa Cruz, in spite of the fact that the *Ruiz-Martinez* matter is proceeding on a no time waived basis, due to its complexity, multi-defendant status, and expected duration of three to four months, it is expected that the Court, over the objection of Mr. Ruiz-Martinez, will schedule the trial to actually commence sometime between February and April of 2021.  Accordingly, it is counsel's best estimate that the *Ruiz-Martinez* trial will commence following the *Avitia* trial, in late February 2021 or following the *Singh* trial in April 2021, and continue for three to four months thereafter.

15. As a result of this trial schedule, counsel for the defendant requires time after the conclusion of *People v. Ruiz-Martinez* to resume trial preparation in this matter.

16. Because trial in the above-captioned matter cannot begin as scheduled immediately after the *Barrera* matter, and counsel for defendant is thereafter scheduled for trials in the aforementioned cases, trial in the above-captioned matter shall be continued until August 17, 2021 at 9:00 a.m.

17. The presentation of the government's case in chief is expected to take four court days, assuming the court's regular trial schedule, and Mr. Marifat's case is expected to take at least three court days.  Defense counsel represents that the August 17, 2021 trial date and the three-week period thereafter will be reserved for purposes of trial in this matter, and that he will not schedule any other trials that conflict with that date.

18. The time period between November 11, 2020 (the date of the verdict in *People v. Barrera*) and August 17, 2021, is excludable under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), Local Code T-4, because the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.  Failure to exclude time would unreasonably deny the defendant continuity of counsel.

//
//
//
//

19. The parties shall appear for a Status Conference on June 14, 2021 at 9:00 a.m.

DATED: November 23, 2020      Respectfully submitted,

                                           /s/
                                 ANDREW J. MAST
                                 Trial Attorney
                                 Antitrust Division
                                 U.S. Department of Justice

DATED: November 23, 2020                  /s/
                                 DAVID J. COHEN*
                                 Counsel for the defendant
                                 YAMA MARIFAT
                                 * signed with permission

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: November 23, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE