ANDREW MAST (CSBN 284070)
JENNIFER HANE (CSBN 275729)
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
San Francisco, CA 94102
Andrew.Mast@usdoj.gov
Telephone: (415) 934-5300

Attorneys for United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>            Plaintiff,<br><br>      v.<br><br>YAMA MARIFAT,<br><br>            Defendant. | Case No. CR 2:17-00189 WBS<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |

The United States and defendant Yama Marifat hereby stipulate as follows:

(1) Sentencing in the above-captioned matter is scheduled for January 10, 2022.

(2) Last week, the Probation Officer contacted the parties to inquire whether they were willing to continue the sentencing hearing so that the Probation Officer would have additional time to complete the Presentence Investigation Report.

(3) The government conferred with defense counsel and determined that the parties are available for a sentencing hearing on March 21, 2022. The parties contacted the Courtroom Deputy Clerk who confirmed that the Court is available on March 21, 2022 to conduct the sentencing hearing.

(4) Based on the above, the parties stipulate to continue the sentencing hearing in this case until March 21, 2022 at 9:00 a.m.

DATED: December 8, 2021              Respectfully submitted,

          */s/ Andrew J. Mast*
ANDREW J. MAST
Trial Attorney
Antitrust Division
U.S. Department of Justice


          /s/ David J. Cohen
DAVID J. COHEN*
Counsel for Yama Marifat
* signed with permission

**ORDER**

Based on the stipulation of the parties, sentencing in this matter is continued until March 21, 2022 at 9:00 a.m.

Dated:  December 8, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE