1  ANDREW MAST (CSBN 284070)
   JENNIFER HANE (CSBN 275729)
2  U.S. Department of Justice
   Antitrust Division
3  450 Golden Gate Avenue
   San Francisco, CA 94102
4  Telephone: (415) 934-5300
   andrew.mast@usdoj.gov
5
   Attorney for United States of America
6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA | Case No. CR 2:17-00189 WBS
11 |                          | **STIPULATION AND ORDER CONTINUING SENTENCING**
12 |         v.               |
13 | YAMA MARIFAT,            |
14 |         Defendant.       |

15     The United States and Yama Marifat hereby stipulate as follows:

16     (1) Sentencing in the above-captioned matter is scheduled for March 21, 2022.

17     (2) Defense counsel is representing a defendant in a homicide trial in Alameda County Superior
18 Court, *People v. Hommert*, 21-CR-001933.  This trial is expected to continue into mid-May and
19 conflicts with the sentencing hearing in the above-captioned matter.

20     (3) The Alameda County trial is dark on April 18, 2022 and both defense counsel and the
21 government are available for sentencing in the above-captioned matter on that date.

22     (4) The parties contacted the Courtroom Deputy Clerk who confirmed that the Court is available
23 on April 18, 2022 to conduct the sentencing hearing.

24     (5) Defense counsel represents that he will not schedule any other matters on April 18, 2022 that
25 conflict with the sentencing hearing in the above-captioned matter.

26     (6) Based on the above, the parties stipulate to continue the sentencing hearing in this case until
27 April 18, 2022 at 9:00 a.m.

28

17-CR-189 WBS
STIPULATION AND ORDER CONTINUING SENTENCING                                               1

| | |
|---|---|
| 1  DATED: March 14, 2022 | Respectfully submitted, |
| 2 | /s/ *Andrew J. Mast* |
| 3 | ANDREW J. MAST<br>Trial Attorney |
| 4 | Antitrust Division<br>U.S. Department of Justice |
| 5 | |
| 6 | /s/ *David J. Cohen* |
| 7 | DAVID J. COHEN<br>Counsel for the defendant |
| 8 | YAMA MARIFAT<br>* signed with permission |

17-CR-189 WBS
STIPULATION AND ORDER CONTINUING SENTENCING                                                              2

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: March 14, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE