DAVID J. COHEN, ESQ.
California Bar No. 145748
djcohen@bayareacrimlaw.com
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone: (415) 398-3900

Attorneys for Defendant **Yama Marifat**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>YAMA MARIFAT,<br><br>　　　　　Defendant. | Case No. 2:17-CR-00189 WBS<br><br>**MR. MARIFAT'S MOTION TO CONTINUE SENTENCING AND SENTENCING MEMORANDUM**<br><br>Date:　April 18, 2022<br>Time:　9:00 a.m.<br>Crtrm: 5 |

I.

## INTRODUCTION

I have been engaged in a murder trial in the County of Alameda, *People v. Simpson*, case no. 21-CR-001933B. The Government and Mr. Marifat stipulated to continue the sentencing until April 18, 2022 due to my schedule and the fact that April 18, 2022 is one of the "dark days" in the trial. I also have another multi-defendant no-time waived murder trial trailing this trial, and scheduled to last through the first week in June, 2022, *People v. Munoz*, case no. 17-CR-023663B. Finally, I have a long trailing life-top sex case trailing *Munoz* expected to last until mid-July, 2022, *People v. Anderson,* case no. VCF330724. Due to these cases, and the fact that Michael J. Pellegrini, Esq., the attorney helping me on this complex

matter for the last several years, took a job with a civil firm in Ventura, California, starting the first week in March, 2022, I have been unable to appropriately prepare for the fact intensive and complex sentencing hearing in this matter.

I am going back to the *Simpson* trial for the full day today, but I do have time tomorrow to file a detailed motion to continue and request for an evidentiary hearing pointing out the precise material areas of dispute with the government that we have. The transcript of the plea in this case makes clear that while Mr. Marifat pled guilty, he does not agree to the numerous properties for which the United States and United States Probation hold him responsible.

In the meantime, counsel has gathered the following which are attached. (1) Mr. Marifat's medical records, already produced to United States Probation, to the Government and requested to be filed *under seal*; (2) a letter from Mr. Marifat's doctor; (3) photographs and x-rays of the dramatic effect polio has wrought on Mr. Marifat's body; (4) a detailed letter from Mr. Marifat explaining his life, actions, situation and accepting responsibility; (5) letters of support from family and friends; and (6) a chart showing the sentences of the Mr. Marifat's codefendants.

We are requesting that the Court, pursuant to 18 U.S.C. Section 3553(a)(6), carefully consider the relative sentences and culpability of Mr. Marifat's codefendants. We are also requesting that the Court, pursuant to 18 U.S.C Section 3553(a) consider Mr. Marifat's serious medical condition and how it would affect his level of punishment and ability to serve time in the Bureau of Prisons. Finally, we are requesting that the Court, pursuant to 18 U.S.C. Section 3553(a) consider all of Mr. Marifat's circumstances in fashioning a sentence.

*///*

Pursuant to the Courts scheduling order dated August 5, 2021 a sentencing statement was yesterday due. Unfortunately, given my trial schedule, we were unable to file this document late last night and are doing so this morning. We are also requesting that, due to my significantly impacted trial schedule, the Court permit counsel to file a sentencing statement addressing the applicability of the United States Sentencing Guidelines and a downward departure for overrepresentation of criminal history by tomorrow, together with a more detailed sentencing memorandum.

## II.

## MR. MARIFAT REQUESTS THAT THE COURT CONSIDER THE ATTACHMENTS IN EXHIBITS "A"-"D" IN SUPPORT OF MR. MARIFAT'S REQUEST FOR A DOWNWARD VARIANCE TO PROBATION

Mr. Marifat requests that the Court consider the following attachments in Exhibits "A"-"D" in support of Mr. Marifat's request for a downward variance to probation:

- Exhibit A - Mr. Marifat's medical records, already produced to United States Probation, to the Government and requested to be filed *under seal*
- Exhibit B - Letter from Mr. Marifat's doctor
- Exhibit C - Photographs and x-rays of the dramatic effect polio has wrought on Mr. Marifat's body
- Exhibit D - Detailed letter from Mr. Marifat explaining his life, actions, situation and accepting responsibility
- Exhibit E - Letters of support from family and friends
- Exhibit F - Chart showing the sentences of the Mr. Marifat's codefendants

///

**III.**

**CONCLUSION**

For the foregoing reasons, Mr. Marifat requests that the Court consider the attached materials in support of his request for a downward variance to probation, favorably consider his request to file the portion of his sentencing memorandum addressed to the United States Sentencing Guidelines as well as to the overrepresentation of Mr. Marifat's criminal history by tomorrow, April 13, 2022, and favorably consider Mr. Marifat's request for a continuance of the sentencing hearing so as to set an evidentiary hearing to be filed by tomorrow, April 13, 2022.

Respectfully submitted,

**BAY AREA CRIMINAL LAWYERS, PC**

Dated: April 12, 2022                By: /s/ David J. Cohen
                                                  DAVID J. COHEN, ESQ.
                                                  Attorneys for Defendant **Yama Marifat**

# EXHIBIT "A"

REQUESTED TO BE FILED UNDER SEAL

EXHIBIT "B"

**The Permanente Medical Group, Inc.**
FAMILY MEDICINE SERVICES
7601 STONERIDGE DRIVE
PLEASANTON CA 94588-4501
Dept: 925-847-5050
Main: 925-847-5000

September 19, 2021

Yama Marifat

To Whom It May Concern,

This is to certify that above patient is being seen at our clinic.

Patient diagnosed with poliomyelitis syndrome. This has caused muscle atrophy and weakness to his lower extremities. The loss of muscle mass has resulted in uncontrollable falls and difficulty in mobility. He is currently seeing our specialists and neurologists.

In addition to weakness and atrophy, poliomyelitis can cause immunodeficiency.

This letter is being written for whatever purpose it may serve. Please call us if you have any questions or concerns.

Edmundo B. Duldulao, MD

# EXHIBIT "C"





View Exams, 1 Patient(s) selected

MARIFAT, YAMA Sex: M, BirthDate: 7/28/1972, MRN: 02460332, Last Known Patient Class: O     Referring: WOOLLEY, BROOK, ANDREW (M

Patient History Timeline

MARIFAT, YAMA          12/7/2019 11:34:16      Acc# 11601444360

XR LT FOOT

12/7/2019
11:33:48.102

Kaiser Permanente Dublin
MARIFAT, YAMA
02460332
Age, SexM
12/7/2019
11:34:16

L

Mfg:Philips
Unit ID:CNDUB_DR1320779
kVp:67
mAs:2
EI:225

#000 EMERGENCY











EXHIBIT "D"

April 12, 2022

The Honorable William B. Shubb
United States District Court
Eastern District of California
501 I Street
Courtroom 5
14th Floor
Sacramento, CA 95814

### Re: United States vs. Marifat

Dear Judge Shubb:

I feel deeply ashamed and remorseful for my actions. I participated in a crime that wrongfully contributed to an illegal scheme while purchasing real estate at auction. I made regretfully bad decisions and am truly sorry.

I have additionally harmed my family, causing them great embarrassment while setting a horrible example for my children. The United States of America has been very kind and generous to my family. I want my children to understand that my actions were incorrect and wrong. I also want them to understand the need to face a mistake and accept the consequences by taking responsibility for my actions.

I stand ready to accept my punishment but humbly ask your Honor to consider the totality of my life story in determining my sentence. This crime represents only a small portion of my much more meaningful life. Thank you for this opportunity to address the Court, and I respectfully hope you might reflect on sentencing me leniently.

**Background:**

I was born to Hakim and Karima Marifat in Kabul, Afghanistan, on July 28, 1972. My parents were second cousins who had known each other their entire lives. This practice is common in Afghanistan, even in secular families such as mine. My father asked for my mother's hand in marriage, and her parents gladly approved. I have two sisters named Vida and Roya.

1

My parents lived in a modernized section of Afghanistan. We identified as Muslim but were not engaged in daily practice. I did not even learn how to pray until I became an adult. My father worked in the government and wore a suit and tie to work each day. My mother taught the fourth grade in a local school.

My parents came from moderately-sized families, for Afghanistan at least. My mother had four brothers and four sisters, and my father had two brothers and four sisters. My young life included many family events, and I grew close to my cousins. My maternal grandfather always wanted his children to move to the United States to have a chance at a better life. My mother's eldest brother moved to California in 1976 to pursue a graduate school degree, but the rest remained in Afghanistan.

I came down with Polio when I was a toddler. I had been scheduled for a vaccine four weeks earlier, but the government had run out of doses and put me on the list for the next arriving shipment. My mother found me in my crib with my left leg swollen and red; I could not hold my body weight. My parents rushed me to the doctor, who could not diagnose the disease. My parents took me to other doctors for a second opinion, and none could identify what I had.

Thankfully, my parents had enough money to take me for medical treatment in India. Doctors there diagnosed my Polio and began a series of corrective surgeries to stop the Polio from spreading throughout my body. They saved my left leg from getting amputated, but it remained skinny and weak because the Polio killed the neurons firing in my muscle, leading to atrophy. Doctors recommended my parents keep me mobile, having me lift weights and get massages. My father and uncle Anwar would massage my leg. They would also hold me up to do exercises and push against their body weight. I eventually walked with a noticeable limp as my right leg grew significantly faster than my left.

My education began in Kabul. I do not recall much about it other than being teased mercilessly by other children due to my disfigurement from Polio. Even adults stared at and mocked me because of my condition. My left foot twisted sideways as I grew, and my parents initiated a process of several corrective surgeries. I would go on to have eleven surgeries in total by the time I turned twelve years old.

**Family Upheaval:**

My father's position in the government, in the Ministry of Finance, had him working in Washington, D.C., with the World Bank. The government sent him there to learn practices and programs that could be implemented to grow the Afghani economy. My father's position had him in the United States when the Soviet Union invaded Afghanistan. He was in a state of panic since my mother, sister, and I were all in Afghanistan.

My father's initial instinct was to return to Afghanistan to care for our family, but, thankfully, my uncle living in California talked him out of that idea. The Soviets quickly took over the government in Kabul and began installing communist leadership. The new government then began sending secret police door-to-door to commit extra-judicial killings of members of the old government. Many of my cousins lost their fathers at this time since much of my family had administerial positions with the old government.

My grandfather gave my mother money for a ticket to get our family out of Afghanistan, but government officials turned us away at the airport. The new government refused to let our family leave. My mother tried to obtain permission for five months without success. Two girls in my mother's fourth-grade class had a father who was a general in the new regime. My mother sent a note home with them, pleading for the general to allow our family out of the country due to my Polio and need for treatment. Two days later, she received a call from the general granting my mother an audience.

My mother brought me with her, and I remember many guards standing out front, fully armed with rifles and guns. The general called us in, and he examined me while speaking with my mother. After fifteen minutes of discussion, he granted us permission. We left the following day. My father applied for political asylum, and our family became naturalized United States citizens over time.

My mother's siblings slowly moved to the United States after getting government permission to leave. On my father's side, things were more complicated. My aunts and uncles had once held positions in the old government like my father. My father's siblings still alive after the purge, snuck out of Afghanistan clandestinely through Pakistan. My father then sponsored his mother, sister, and brother, and they lived with us for a couple of years. My grandfather had already passed away.

**Adjusting to a New Life:**

Coming to America was a huge culture shock, as we had to learn how to live in a completely unfamiliar society. In addition, we faced discrimination because of our background. My parents had to start our lives over from scratch. We moved to Fremont, California, where my parents rented a small apartment. My father found a job working the pumps at a gas station, and my mother got hired as a clerk at a local Jack-in-the-Box. I am sure it must have been a humbling experience for them, given the huge transition in their lives. They tried their best to normalize the situation for my sister and me.

I found school very difficult at the outset since I spoke no English. I also had to adjust to a new style of learning and a strange curriculum. The school placed me in the first grade, where I was one year older than everyone else in the class, causing

me one additional problem for which to feel self-conscious. I continued to get teased and started developing an extremely introverted personality. I felt completely ostracized not running and playing like other children, so I mainly focused on my studies.

I learned English quickly and became a straight-A student within a couple of years. I felt an intense need to please my father. He always went out of his way to make me feel special. My entire family did likewise, trying to make up for the challenges I faced in society. I thought that getting good grades was the only way I could honor my father. I wanted his validation, and my parents always taught me that education was the best way to do well in this country. My father emphasized education.

My mother knew very little English herself, so she began taking courses in English as a Second Language to improve her language skills, even as my parents welcomed my new sister Roya in 1984. My mother eventually became certified and began teaching pre-school and kindergarten in the local school system. My father studied to get his insurance license and worked for the Equitable Life Insurance Company.

My father had a very loving personality toward my sisters and me. He also demonstrated great respect and care toward friends and extended family. However, he was sadly very abusive towards my mother. My father drank heavily. Often, he became so drunk that he could not even walk up the stairs to go to his bedroom. When drinking, he became extremely jealous and would accuse my mother of infidelity and beat her. She would leave to go live with her brother, and my father would apologize, begging her to come back home. This pattern repeated itself time and again, leaving me conflicted and resentful. Despite my father's affection for his children, he constantly undermined our wellbeing by disturbing the peace of our family.

I felt very conflicted as a result of this turmoil. My mother loved us children but did not express it to us in a very affectionate manner. She told us in words but did not demonstrate her affection with hugs and kisses. She had no follow-up. My father showed his love by purchasing material things for us. I believe their cultural upbringings greatly impacted their capacity for love.

The most critical surgery I had occurred during seventh grade. Most of my prior surgeries involved keeping my right leg from growing much faster than my left. I wore platform shoes to compensate for the difference, but that turned out to be insufficient. My spine curved as my body adjusted, causing nerve damage, adding further complications. The surgery I had that year helped solve that problem and the issue of my left foot pointing out sideways as I walked.  However, it also left me out of school for the entire year as I needed extensive post-surgery physical therapy

and strength training. I studied from bed and went through painful rehabilitation. The surgery succeeded, though, setting me on track for living a more normal life.

## A New Beginning:

I attended Centerville Junior High School in eighth grade and felt a huge relief now that my foot was no longer sideways and I appeared normal, but for a slight limp. It felt liberating to wear regular shoes and run for the first time since I was a small child. I learned to play basketball and began enjoying my life for the first time, although I still felt shy and detached from my classmates. I did not get distracted by my newfound freedom and continued to get top grades in my class, earning my father's pride and recognition.

My aunt Magul faced marital issues, and she and my cousin Shekib came to live with us. Shekib was about my age, and he became like a brother to me. I always wanted to have a kid brother. This living arragement occurred while my father was sponsoring his mother, sister, and brother to become US citizens. We lived in a 2,200 square foot house filled with ten people.

I thoroughly enjoyed having a house with so much family around despite the cramped conditions. Shekib and I went to school, played, and studied together. We were completely inseparable. I felt hugely confident having him by my side. They moved back home to live with Shekib's father after one year, but that year was one of the best years of my life.

During my junior year in high school, my parents took our family out for ice cream. My father turned out onto a main street, and our car got hit by someone running a red light. The accident broke my mother's knee, and shards of flying glass lacerated my face. My father became injured as well and could not return to work. My parents received money from an insurance settlement, but that wasn't enough to sustain the family. My father became angry and disenchanted, indulging more frequently in his alcoholism. That led him to become more abusive to my mother. I believe he felt less of a man because he could no longer provide for the family.

I graduated seventh in my class from Washington High School in 1991 but never quite fit in. The scars of my childhood remained. I felt subconscious about my limp, had a face full of acne, and weighed a scrawny 125 pounds. I continued to shy away from my classmates and had no confidence with women. I did not even attend my high school prom.

My father did not permit me to work during the school year until senior year when I got a job at Five Star Video and a nearby liquor store. I worked at Lake Elizabeth during the summers, alternating between operating the snack bar and renting out boats.

My parents moved to Houston, Texas, after I graduated from high school. They had fallen six months behind on the mortgage and got bailed out by my aunt, who lent my parents enough money to stave off foreclosure so they could sell our home. They moved to Houston to start anew, using the sale proceeds of the loan, after paying off the mortgage and reimbursing my aunt.

**Higher Education:**

My father always dreamed of me becoming a doctor. My mother had two sisters who worked as doctors in Afghanistan but had to re-attend medical school in the United States in order to practice. I also had a desire to become a doctor but am unsure whether the idea was mine or one subconsciously implanted by my father.

I enrolled in the University of Southern California (USC) and entered their pre-med program focusing on Biology. I struggled my first year in college, adapting to the new environment and being confined to campus. That was the year of the Rodney King beatings, and USC was located in the heart of the heated interactions. So, USC kept us from mingling in the local community. I became more comfortable in my studies sophomore year and again began to excel.

I lived in the minority housing unit and became friends with several Latinos. They brought me along to their events, and I began developing a social life within the Latin community. One of my roommates was into weightlifting, and he piqued my interest in that activity. It helped me to gain muscle and more confidence. I finally felt comfortable speaking with women but still struggled with the lingering Polio mindset. I would always have a limp and insecurities that reminded me of my awful childhood. I worked during the summers at Macy's department store to earn spending money. I graduated from USC with a degree in Biology in 1995.

I decided to delay going to medical and instead began working at Frys Electronics. I felt overwhelmed by the thought of medical school after a grueling four years at USC. However, payments on my student loans began after a few months, providing me with a huge wake-up call. I took the medical school entrance exam (MCAT) and got admitted into the medical school at the State University of New York (SUNY) at Buffalo. Unfortunately, I lasted only six months at SUNY Buffalo. I found myself hating both the classes and cold weather. I could not imagine staying there to complete my degree.

**Early Career:**

I returned to California feeling like a failure, especially since I thought I had disappointed my parents. Many friends and relatives made me feel that way as

well. However, my father consoled me, saying that I should make the best decision for myself and not worry about what other people thought.

I went to work for Siemens Electronics company in their Cupertino, California warehouse. Siemens spun the division I worked for out into Infineon Technologies, which went public as a separate company. The company gave stock options to all employees, and I made $50,000 from my company stock. This windfall helped me shake off the feeling of failure from not completing medical school. I used the proceeds to buy my first home in Tracy, California.

As per their routine, my parents had a nasty fight, and my mother moved in with her sister in California. My father then sold the home in Houston to be near my mother and beg for forgiveness, moving in with his brother. I invited them to live with me as they reconciled. Despite their incredibly dysfunctional co-dependent relationship, they were my parents, and I loved them. In my mind, you do whatever you can to help your family.

I met my wife Roya at a family party. Her uncle is a famous Afghani musician, and he was married to my aunt. I knew I liked her immediately but felt unsure about approaching her. I had not yet had a serious relationship. Further, in our culture, we either have to be sneaky or get parental permission to date. I did not have the courage to do either.

I vividly remember watching the events of September 11th as they unfolded. I felt deeply horrified and saddened. Having successfully assimilated into American culture, I had little indication of what would come next. Sadly, much of my family experienced numerous incidents of discrimination in the aftermath of that tragic event. I felt pained in many instances but used the power of forgiveness as life slowly returned to normal. However, people's attitudes never truly returned to how they were before that date.

I saw Roya at another family event almost a year after the one at which we first met. I found out where she worked and called her there, asking if she would see me. She worked at Neiman Marcus part-time and enrolled full-time in college. We got engaged within three months and married within six. Roya moved in with my parents and me with thoughts of starting a family.

I had a close cousin working at a mortgage company doing well. He opened his own mortgage company and asked me to join him. I began working three hours every day after leaving my full-time job to make extra money. I only saw Roya one hour each day, but we believed the sacrifice was worth the potential opportunity.

I did so well as a mortgage broker that I left my job to work full-time as a loan agent. Roya and I moved into an apartment, leaving my parents to live at my house.

My cousin gave me his blessing to open my own mortgage company within one year, and I founded World Financial. The business did very well, and I used the profits to buy real estate, including a new home for Roya and me and another for her parents. Roya and I welcomed our son Ruben in 2006. I felt so proud to be able to help out my family and start one of my own.

## My Crime:

Frustratingly, the Great Recession ravaged my business in 2008 and put my family in dire financial straits. I struggled to refinance and keep our properties, but we ended up losing all of them. Roya and I moved into a small apartment and worked odd jobs to save money and start anew. My great pride turned into great depression as life events turned so quickly within a few years.

Having Roya by my side gave me the confidence to rebuild. After losing our properties, we had a small nest egg left and thought it would be a good time to invest again since housing prices had fallen dramatically. I believed that I could buy foreclosed homes inexpensively while maintaining a regular job to get back on our feet. I attended local auctions on the courthouse steps with cashier checks in hand, hoping to find a bargain.

At my first auction in Contra Costa County, a couple of people approached me, saying they could help us acquire a property for a fee. They told me that if we didn't work with them that we'd never win a bid. I tried to bid on several properties but was outbid on each. I then went to Alameda County, was approached by people there, saying the same thing, and hit the same roadblock. I then tried in the same in San Joaquin County, facing the same experience. Over six months, I never won a bid.

I became friends with a gentleman named Danny Olmstead. He told me that I needed to work with these people who had approached us if we wanted to buy a home at auction. I did not like the idea, but I wanted to invest, and this appeared to be the only way to make that happen. Danny and I partnered on a home purchase and paid these "brokers" $5,000 over and above what we bid for the home. We bought a second house a week later and paid another $5,000 in fees. I then purchased a third home on my own paying the brokers $10,000. These "brokers" started calling me directly to sell homes to me away from the auction process.

I later also participated in an illegal bid-rigging process known as a "round-robin." My aim was to recover some of the extra fees I had been paying to these brokers which increased my costs. In fact, I often dropped out of this kind of bidding early for that reason. I did not realize this process was illegal at the time, although that in no way excuses my actions or me from committing an illegal act. Authorities indicted me for bid-rigging in 2010.

**Subsequent Events:**

Roya and I initially struggled with the charges against me but felt confident enough to have a second child as I cooperated extensively with authorities. Government agents pursued numerous targets simultaneously, assisted by the information I provided. I cooperated for five years to help the government secure indictments against numerous individuals involved in the bid-rigging scheme.

Roya and I welcomed our daughter Rania in 2011. Roya and I attend all our children's school events, games, and practices. We support them in learning martial arts. It has been important to allow our kids to maintain their activities. We found this time very stressful but managed to acclimate, hoping for the best, determined to have our family enjoy our little slice of Americana.

My father had lived secularly his entire life. However, he now found faith, attended prayers religiously, and began following the preaching of a local Imam. He concluded that God had called on him to return to Afghanistan. We all recommended against it, but he was insistent. My father was killed shortly after returning to Afghanistan. My heart ached from the loss, and I felt so angry with him for having left our family in that manner.

**Conclusion:**

I committed a crime and deserve to be punished. My bad choices led to illegal and harmful actions . I have thoroughly embarrassed my mother, extended family, and amazingly supportive wife, Roya. I set a terrible example for my two young children. I am deeply sorry to have made such wrongful decisions.

I understand that part of this process requires reflection and seeking redemption. I have contemplated long and hard on what I could and should have done differently. I have found spiritual guidance in rediscovering my religion and regularly donate money, clothes, and food to charitable drives, especially now with so many Afghanis in turmoil with the rise of the Taliban back in the country of my birth. Roya and I have further offered an extra room in our home to house refugees.

I live off disability due to my aggravated Polio, having broken my right ankle, and finding walking very painful. I use my spare time to take my children to school and share every available moment with them, appreciating that they are my life's priority. I pled guilty and offer this heartfelt letter as further steps on my road to make amends.

I stand ready to accept my consequences and hope that your Honor might understand that this short period of my life reflected by my crime does not

accurately reflect who I am as a person. I pray that you temper judgment with mercy in issuing my sentence.

Sincerely,

Yama Marifat

EXHIBIT "E"

To the Honorable Judge William B. Shubb

This year, March 1st, 2022, embarks our 20th wedding Anniversary for Yama Marifat and I, Roya Amerie. We have gone through many ups and downs in life but I can say that I am so blessed to be with such a wonderful man. He is a loving husband and father. He shows me love everyday and treats me as an equal partner which is very rare to see that in a Middle Eastern marriage. Our children Ruben, 15 and Rania, 10 have a very special bond with their dad. In our culture it's rare to see father be so close to their children or even be involved in the daily activites. Yama takes pride and gives so much of his time to make sure Ruben and Rania are healthy both physically and mentally. He shows up in all the basketball games and even was an assistant coach, helps with their homework, takes daily walks with the kids to engage in deep conversations. Our son Ruben started high school this year and we tell him we need to start looking at colleges and see where he would like to attend. He repeatdly says he will not go anywhere far and that he would like to stay local. As parents makes our hearts warm to know your child is happy in his home. Despite Yama's childhood upbringing which was unstable he has proven to be a loving and caring father to his own children. Yama came to the United States when he was just a young boy with his family. Not only did he had to deal with not knowing a single word of English but was faced with polio in his entire leg. His parents separated when he was a teenager and as an adult his father was murdered in another country. Yama was never given the closure he needed to say goodbye to his father. He couldnt attend his funeral since it was in Afghanistan which not safe for most Afghan Americans that are from the United States. Despite all the hurdles Yama faced he came out to be successful in all aspects of his life. He didnt feel sorry for himself and worked hard everyday to become a better person.

I hope the court can see that this mistake does not reflect the person he is today. I know the situation has deeply affected him and is remorseful. I am confident that Yama Marifat will always do his best and 100% aware of his actions to make right choices. I hope the court can consider that Yama is not a threat to society and that he is a family man that made a poor choice.

Thank you for your time

Roya Amerie

To The Honorable William B. Shubb,

Much has changed since my last correspondence.  We received news of my father's untimely passing in January 2012.  He was brutally killed in Kabul, Afghanistan.  Though we had a strained relationship with him at the time of his passing, we still as his children had to come to terms to also let die the flicker of hope that resolution could be possible with one of the biggest pillars of our lives as he was no longer.  That possibility was forever taken from us by the senseless and heinous act of another.  I would imagine that the burden of such a loss fell mostly on Yama's shoulders since he is the only son and the head of our family as well as his own.

Simultaneously, my brother also welcomed a beautiful baby girl a couple of months prior to my father's passing.  Being blessed with a little girl has definitely changed him to be even more sensitive and compassionate.  What I do know for sure is a child's blueprint for the rest of their lifei s within the first 7-10 years.  My niece, Rania who is 4 years old today is still vulnerable in character and is being molded in life as well as my nephew, Ruben.  Absence of their father would forever impact them as the beacons of our next generation.  Yama is ever cognizant of his role as a father and a great steward of the impact that he has as he is a major pillar for them much like my father was for us.

I am currently in the process of writing my first book.  It is a series of memoirs of the greatest lessons that I have learned along the way.  I wish to share one titled "A diamond in the rough" as it metaphorically pertains to my brother.  His

struggle, resolve and brilliance has been an inspiration.  Please note that the material should not be duplicated, published or forwarded as it is work in progress and is part of an unpublished book.  It is for the sole purpose of shedding light on Yama's character and fortitude.

"A diamond's natural beauty and brilliance is unparalleled. It is one of the hardest substance known to mankind. However, it underwent a tremendous transformation and reformation to arrive to it's final stage.

Carbon minerals deep in the earth's mantle 90 miles below the surface undergo extreme heat and pressure for millions of years to actualize the formation. During volcanic eruptions, these crystals are later pushed closer to the earth's surface. Once mined, a diamond in the rough goes through a second evolutionary process. A master cutter then cuts and polishes multi facets within the diamond for brilliance and sparkle. It is now a finished product but just take a moment to think about the time, energy and resources that it took to get to this level.

This is for anyone that has gone through, currently going through or may go through an extremely difficult event. Keep in mind GOD does not put more burden on you than what you can carry and he calls to action the greatest of his warriors. The harder the struggle, the deeper the brilliance. You were hand picked for excellence.

Stay especially strong during the times when the pressure is mounting and the weight is hard to carry. Don't resist it. Accept it and gracefully go through it. GOD is reforming by making value deposits within you much like the carbon configuration in a diamond.

Have enough clarity in knowing that the blessing is in the struggle. It is an opportunity to dig deep and seek the deposits that GOD has made. Greatness was never achieved from a comfortable place.

What you do with the experience is equally as important as the experience itself. GOD has made the deposits necessary for your growth but it is up to you to make the multi faceted cuts. You are a master cutter and the master of your own destiny. Learn the lesson. Don't lose the lesson."

In the end, you will discover a strength and resilience that was once unknown, a life lesson that no book or philosopher can teach and a knowledge that can never be stripped.

In closing, no human being is perfect. No matter the stature or accolades. With that said, my brother has taken responsibility for what has transpired even if it was unintentionally on his part and has used the lesson to do better and be better. This should be celebrated not punished. The punishment has already been woven in the struggle and lesson itself. Only people closest to him know what he has been through.

An already remorseful person will take away much more in life if they are dealt with leniency and compassion versus harshness and opposition. I respectfully request that consideration be extended to him as if dealing with one's very own brother or family member.

Thank you in advance for your time and understanding.

*An eye for an eye makes the whole world blind* -Mahatma Gandhi

Sincerely,
Vida Marifat

**Will Amerie**

████████████████████████

To Honorable William B. Schubb,

I am writing this letter in the hopes that it will you see what a kind, generous person Yama Marifat is, despite the transgressions that led us all to this point.

I have known Yama Marifat as a friend and brother-n-law for the past 15 years, and in that time I have seen many aspects of Yama's personality. I have found him to be extremely kind, dependable and well regarded among his peers.

The transgressions of bid rigging should not be the only factor you look at in this case. I hope you will also consider Yama's efforts in his work, community service, generosity, empathy, as well as his strong commitment to family, friends and personal rehabilitation.

I remember one instance how Yama's generosity helped a mutual friend of ours. Our friend was evicted from his apartment because he had lost his job and with a stay at home wife and 2 young children he had no place to go. His immediate family lived outside of California. Without hesitation Yama moved in his friend and family to one if his vacant rental properties. During their 6-month stay, Yama never collected any rent and made sure they were ok by checking in on them periodically. Even though our mutual friend offered to pay rent he never accepted! Always making sure that the money goes to the young kids and wife. This is the kind of compassion, generosity and empathy that Yama exudes.

I can tell you without a doubt that Yama is incredibly remorseful for what he has done. He has expressed this to me many times, and I believe it has been reflected in his efforts to make amends with the court. It was a childish mistake, but Yama deserves a second chance. I hope you will be willing to give Yama one.

Sincerely,

Will Amerie

Honorable Judge,

I, Karima Marifat, am Yama's mother. It has been nearly 5 years since I had written my first letter to Honorable Judge Garcia and yet not a day has gone by that Yama's problem is not at the forefront of my mind since my prior writing. Yama's son is about to be 10 years old ( in September) and yama's wife has brought a daughter into the world and she going to be 5 years old in this coming November. If you could witness the pleasure that my grand children give me each and every day seeing firsthand what caring and loving father yama is to his children. I believe and know yama has changed for the better over the past several years.  He helps his children with their homework, take them to their daily activities during the day and he also goes out of his way to ensure that his children are raised in loving family environment.

It's difficult to know how to best express my thought to you or to how best convey the impact that yama's legal problem has had on him and those closest to yama. Couple years ago his father got stabbed and killed in Kabul, Afghanistan .Yet  this tragedy did help him to further define yama  as a men ,and more importantly as a person taking responsibility and accountability towards his own family. mother,sisters ,he is helping me financially living free on

one his house with my daughters. Yama has most definitely recognized the importace of caring for others.

Yama never let his handicape from polio take him down and he is proven that he wasn't about to let his legal issues have forced him to change. It is a change that  he has embraced wholeheartedly.

Yama and his family , will never be free from the scars as a ruslt of yama's past poor judgment . But Judge, I beg of you to allow time to fade these scares and not create new ones for yama to have to carry.

Yama is very good person, A good son,good father and always obey the law .please do not send him to jail! Please give yama the opportunity to be with his children,wife and remaining family. He has learned from the mistake he did in the past. I can assure you that you,nor anyone else in law enforcement will ever hear yama's name again as related to someone doing something  illegal in future.

Thank you so much for your time and consideration.

Respectfully


Yama marifat mother ,karima marifat

---

**RE: Yama Marifat**

Dear Hon. William B. Shubb,

I have known Yama for seven years as of today date. He has been a great friend and influence in my life. I would call him a man of great character, one in which I am proud to be friends with. I have seen him take care of his family and friends. I know that his family is dependent on him. I know that he is the sole provider for his mother.

Yama and I talk about parenting all the time and I would miss that terribly if this sole mistake was to change his life. He has great passion for both his children. I know that Yama attends all their extra circular activities because he talks about it constantly as a proud father would. I know through several discussion with Yama that is deeply remorseful and regrets this mistake he has made. I hope and trust that your Honor will understand that Yama is deeply sorry for this mistake and applies himself every day to changes lives for the better. This mistake has cost him personally immensely, however he continues to be a positive influence in the community and in my life.

In closing I would welcome any opportunity to testify as a character witness on his behalf. I can be reached on my personal cell phone at 925-580-0779 or office at 925-362-3120 for any additional comments or questions.


Sincerely,

Jonathan Black

To Honorable William B. Schubb,

My name is Sarah Faizy, and I am the cousin of Yama Marifat. When I reflect on how far Yama has come, I think of the various relationships that define his family dynamic. He has two children, Ruben and Rania, to whom he is an amazing role model and father. In the society and culture, we currently live in, fathers are often figures that are absent; you rarely see an active and present father like Yama. One who prioritizes the needs of his children. He is the epitome of what a husband should be; kind, loving, and supportive. If I were asked to name a couple that faced various obstacles and overcame them with integrity and grace, without hesitation, I would say Yama and Roya. Yama has grown into the man he envisioned of becoming. His relationship with his siblings and mother are admirable. Yama was not only the breadwinner, but both a father and older brother to his two sisters. He is both an advisor, confidant, and the voice of reason.

As the years have progressed, my relationship with Yama has only grown stronger. He has been a constant and present figure in my life. Despite our age gap, he possesses the ability to empathize and be relatable. And most importantly, he uses his past to educate those around him; while using his present to show proof of change. In times of joy, or difficult times of hardships, Yama has often been a symbol of strength for our family. He has been an individual my family and I can always rely on. Throughout my transition to college, Yama has been my greatest supporter, always verbalizing the importance of an education and attaining a degree. In a culture

that stereotypes women as the traditional caretakers/homemakers, Yama advocated on my behalf and was my most avid supporter.

Despite taking on the dominant male role in the family, Yama has a great sense of humor. He loves to make everyone laugh and enjoys his life to the fullest. I remember a time when he and I spoke about some misunderstandings that happened within our family that had left some members of our family estranged. The way Yama handled the situation was what I admire about him. Even though he wanted to work out the differences between both family members, he was understanding and respectful of everyone's decision. Looking back over the years, I see that he has drastically changed into a more family-oriented and morally driven individual. A dependable friend, and has gained the title of older brother and protector in my life. I have seen him grow closer to religion to better himself which stems from his interest to continue to educate and improve himself. His significance in my life is simply one of a role model and someone I can turn to when certain situation become difficult. If you have any questions, I may be contacted via phone,       , or address,

Thank you once again for your time and consideration. It is greatly appreciated. I humbly await your response.

Warmest Regards,

*Sarah Faizy*

Sarah Faizy

To Whom It May Concern,

My name is Ghezal Faizy, and I am the cousin of Yama Marifat. Yama is more than a cousin to me; he's a consistent role model, brother figure and most importantly a man of integrity. Yama is the most giving, caring, and respectable individual I've had the pleasure of knowing. In addition to being an amazing father to his two children Ruben and Rania, he is also a role model and constant figure for my siblings and I. Above all he's an individual that has grown from his past and has not let it define him.

I have never seen a father care for his children the way Yama does. He is an amazing son and brother. He exceeds all expectations when it comes to family. A found memory I often reminisce about is when we spent the day with Yama and his family. We had gone out to the San Francisco Bridge, then we had gone to Sausalito, and while his wife Roya and I were shopping he was watching his kids. I often like to say that Yama is the definition of an active father. He loves to spend quality time with his kids, and most importantly he gears them in the right direction. Yama has an infectious personality and never turns down the opportunity to further grow as an individual. Yama has a really good sense of humor, and knows how to keep a room alive and full of laughter. He has grown immensely over the years, and has become much more open and understanding when it comes to the situation of others. I can say with confidence that Yama is not the same individual he was five years ago. He remains calm and collected and always keeps a peaceful and professional demeanor. In addition he never shy's away from taking on the responsibility of a leader.

He has been a constant supporter for his family and mine. While she works he stays home and works from home to take care of the kids; he takes them to school and picks them up. Yama often says he was meant to be a father. He was meant to give his kids the guidance, love and respect they deserved. He always makes time for family and checks up on everyone regularly to make sure everyone is well. Yama is one person that I love conversing with, no matter the given time or situation. He always willing to offer advice and is always able to connect with others. He is a male figure that I've always looked up to with the upmost admiration and respect.

Having my father absent in my life, I can say with certainty its Yama's guidance, compassion, and love that has lead me to becoming the educated, independent and career driven woman I am today. He has been consistent with his responsibilities and has grown and changed daily to becoming the man he's envisioned for himself. He always would say, if we needed anything, that we should never hesitate to call him. Yama is reliable and I know for a fact that he can be depended on for anything. I adore Yama as a person and can say that he has great values. If you have any questions, my address is ███████████████████████████████

████████ My phone number is ███████████

Thank you,

*Ghezal Faizy*

Ghezal Faizy

To Honorable William B. Shubb,

Re: Yama Marifat

I have now known Yama Marifat for almost 12 years and 5 years has passed since I last wrote. During this past 5 years much has occurred in Mr. Marifat's life. He has introduced a baby girl who is now 4 years old. His father had passed away, actually, murdered which was a difficult time in his life and probably still is. He has been dealing with his own struggles internally with his mistake 5 years earlier. But through out the ups and downs of life, Mr. Marifat has changed for the better. In my opinion he has become a better man! He is more sensitive, has empathy, better friend, father and husband. I know for a fact that he helps out of his pocket his mom and sisters to live a better life since he is now the father figure for them. He continually volunteers his time for the community whether it being kids activities, school projects, sporting events or local homeless shelters. I remember one time driving Yama home and seeing an elderly neighbor struggling to remove graffiti from his fence. I decided to stay and watch some football with Yama. While we were watching the game I noticed Yama went missing for awhile. I went outside to get my phone, which I left in the car to call him, I noticed Yama with the elderly neighbor scrubbing the graffiti form the fence with solvents that he just purchased from the local store. Yama spent the next 2 hours with the neighbor until it was all removed. This is just one example of how Yama demonstrated his generosity and compassion for others. Additionally, He provides a healthy environment for his young kids and wife. Also, he is the only income earner in his family. His wife works part time but that is to pay for some small incidentals but the bills of the family is on Yama's shoulders.

I know that Yama is very remorseful for what he did. He and I talked many times in the past and he has conveyed deep regret and guilt for his wrongdoing...a wrongdoing that he will deal with for the rest of his life as a felon. That punishment for him is far worse than any incarceration. Your Honor, if you take my opinion, I feel that Yama is not and will not be a danger to the community. He has rehabbed himself into a better person to his family, friends and community. I hope you will be lenient when imposing a penalty to Yama.

For your information, I am the IT Manager for the San Francisco Municipal Transportation Agency and have been associated with the City for the past 16 years.

Yours truly,

Jamil Niazi

Brad Hackwell

███████████████

RE: Character Reference for Yama Marifat

Your Honor,

The purpose of this letter is to provide a character reference for Mr. Yama Marifat whom I have known as a business partner and friend for a period of seven years. Having gotten to know Yama so well over the past few years, I believe puts me in a position to provide you with a pretty accurate assessment of his character.

As a partner, Yama is a hard working and highly committed to his business.

As a friend, Yama is a standout. He is a loyal, honest, considerate, and supportive individual who has the ability to see and understand things from another person's perspective.

All in all, I would have to say that Yama is an honest businessman, great family man, and good friend, with an abundance of positive qualities.

Thank you for taking the time to read this letter and I hope this will give you an idea of his good character.

Sincerely,

*Brad Hackwell*

Brad Hackwell

███████████████████

Date: April 5,2022
Subject: Character Reference Letter for Yama Marifat

**To The Honorable Judge William B. Shubb,**

I, Ruchi Sharma am writing this letter to you to provide a character reference about Mr. Yama Marifat  who I know as a family friend for a period of 5 years.  I provide this reference in full knowledge of Mr. Yama Marifat's current legal stipulations.

I can say it with total confidence that few men have contributed to the society in a way that Mr. Yama Marifat has.   He is a kind, polite person that is always there for his Friends & family. Yama is open to help everyone in need and treats everyone equally while helping his community out.

I believe that Yama Marifat is a big asset to our community and his contributions should be held into consideration for leniency in this matter. I can further attest that Yama has helped our family and stood with us in our tough times.

**Regards**

*Ruchi*

**Ruchi Sharma**

**Sam Birla**

████████████████████████████

Date: April 2,2022
Subject:  Character Reference Letter Yama Marifat

**To The Honorable Judge William B. Shubb,**

I, Sam Birla am writing this letter to you to provide a character reference about Mr. Yama Marifat, who I know as a friend and as a colleague for a period of 7 years.  I provide this reference in full knowledge of Mr. Marifat's  pending legal matters.

I can assure with confidence that Yama Marifat  is a person of high moral aptitude that goes out of his way to help others in all aspects of life. Whether its advice on business matters or personally help those less fortunate . Yama is always there for his community & is a highly valued member of the local community.

I further request leniency in his legal matters and that all his good deeds towards his friends, family & community be considered in reference to his current legal matters.

**Thanking you**
**Sam Birla**

# EXHIBIT "F"

RELATED CASES:

| CASE NAME | CASE NO. | SENTENCE |
|---|---|---|
| *USA v. Anthony B. Ghio* | 2:10-CR-00144-1 | 04/16/2010: P/G to 15 U.S.C. § 1<br>09/12/2016: 5 months BOP, 24 months TSR, $1,000,000 fine, $214,544.50 restitution |
| *USA v. Theodore B. Hutz* | 2:10-CR-00238-1 | 06/24/2010: P/G to 15 U.S.C. § 1<br>09/12/2016: 5 months BOP, 24 months TSR, $250,000 fine, $76,670.30 restitution |
| *USA v. John Vanzetti* | 2:10-CR-00239-1 | 06/24/2010: P/G to 15 U.S.C. § 1<br>09/12/2016: 5 months BOP, 24 months TSR, $1,000,000 fine, $271,454.44 restitution |
| *USA v. Richard W. Northcutt* | 2:11-CR-00038-1 | 02/02/2011: P/G to 15 U.S.C. § 1 and 18 U.S.C. § 1349<br>09/12/2016: Both counts 7 months BOP, c/c, 24 months TSR, $1,000,000 fine, $614,984.44 restitution |
| *USA v. Gregory L. Jackson* | 2:11-CR-00090-1 | 02/22/2011: P/G to 15 U.S.C. § 1 and 18 U.S.C. § 1349<br>09/12/2016: 36 months probation, $150,000 fine, $20,900 restitution |
| *USA v. Walter D. Olmstead* | 2:11-CR-00291-1 | 08/12/2011: P/G to 15 U.S.C. § 1 and 18 U.S.C. § 1349<br>09/12/2016: Both counts 8 months BOP, c/c, 5 years TSR, $29,687.34 restitution |
| *USA v. Robert Rose* | 2:11-CR-00292-1 | 09/23/2011: P/G to 15 U.S.C. § 1 and 18 U.S.C. § 1349<br>09/12/2016: 36 months probation, $100,000 fine, $24,128.93 restitution |
| *USA v. Kenneth A. Swanger* | 2:11-CR-00492-1 | 11/22/2011: P/G to 15 U.S.C. § 1 and 18 U.S.C. § 1349<br>09/12/2016: Both counts 5 months BOP, c/c, 24 months TSR, $5,000 fine |
| *USA v. Wiley C. Chandler* | 2:11-CR-00511-1 | 02/24/2012: P/G to 15 U.S.C. § 1 and 18 U.S.C. § 1349<br>09/12/2016: Both counts 7 months BOP, c/c, 24 months TSR, $500,000, $614,982.44 restitution |
| *USA v. Andrew B. Katakis* | 2:11-CR-00511-2 | 03/11/2014: F/G of 15 U.S.C. § 1<br>11/06/2017: 10 months BOP, 36 months TSR, $1,000,000 fine, $505,014.59 restitution |
| *USA v. Donald M. Parker* | 2:11-CR-00511-3 | 03/11/2014: F/G of 15 U.S.C. § 1<br>01/08/2018: 6 months BOP, 24 months TSR, $84,470.47 restitution |
| *USA v. Anthony B. Joachim* | 2:11-CR-00511-4 | 12/30/2013: P/G to 15 U.S.C. § 1 and 18 U.S.C. § 1349<br>09/12/2016: Both counts time served, 24 months TSR, $94,154 restitution, $175,000 fine |
| *USA v. W. Theodore Longley* | 2:11-CR-00511-5 | 03/12/2014: Acquitted of 15 U.S.C. § 1 and 18 U.S.C. § 1349 |