DAVID J. COHEN, ESQ.
California Bar No. 145748
djcohen@bayareacrimlaw.com
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone: (415) 398-3900

Attorneys for Defendant **Yama Marifat**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**DOCUMENT SUBMITTED UNDER SEAL**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>YAMA MARIFAT,<br><br>       Defendant. | Case No. 2:17-CR-00189 WBS<br><br>**SEALING ORDER** |

**ORDER**

After reviewing Mr. Marifat's Notice and Request to File *Under Seal* and Exhibit A in Support of Mr. Marifat's Motion to Continue Sentencing and Sentencing Memorandum Filed on April 12, 2022, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that those documents listed in Mr. Marifat's Request be filed *under seal*, including specifically:

- MR. MARIFAT'S REQUEST TO FILE UNDER SEAL EXHIBIT A IN SUPPORT OF HIS MOTION TO CONTINUE SENTENCING AND SENTENCING MEMORANDUM FILED ON APRIL 12, 2022 (DOCUMENT NO. 179)

SEALING ORDER
*U.S. v. Marifat;*
Case No. 2:17-Cr-00189 WBS

1

- EXHIBIT A IN SUPPORT OF MR. MARIFAT'S MOTION TO CONTINUE SENTENCING AND SENTENCING MEMORANDUM FILED ON APRIL 12, 2022

**IT IS SO ORDERED.**

**Dated:  April 15, 2022**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE