DAVID J. COHEN, ESQ.
California Bar No. 145748
djcohen@baclpc.com
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone: (415) 398-3900

Attorneys for Defendant **Yama Marifat**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YAMA MARIFAT,<br><br>Defendant. | Case No. 2:17-CR-00189-WBS<br><br>**MR. MARIFAT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF PROBATION RELATING TO INTERNATIONAL TRAVEL AND ORDER THEREON** |

Defendant YAMA MARIFAT, by and through his counsel David J. Cohen, Esq., hereby makes this unopposed motion that, subject to the Court's approval, Mr. Marifat's conditions of probation be modified to permit his travel for a family vacation on a cruise from July 28, 2023 through August 8, 2023. Mr. Marifat's purchased cruise itinerary is attached as Exhibit A.

///

MR. MARIFAT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF PROBATION RELATING TO INTERNATIONAL TRAVEL AND ORDER THEREON
*U.S. v. Marifat;*
Case no. 2:17-CR-00189-WBS

1

Mr. Leon Dang, of the ND/CA Probation Services, is currently assigned to supervise Mr. Marifat throughout his probation. Mr. Dang has indicated that he has no objection to Mr. Marifat's travel request and is requesting for the Court to authorize the United States Probation Office to either grant or deny any and all of Mr. Marifat's future international travel requests on a case by case basis

Respectfully submitted,

**BAY AREA CRIMINAL LAWYERS, PC**

Dated: March 20, 2023           By:/s/  David J. Cohen_____
                                     DAVID J. COHEN, ESQ.
                                Attorneys for Defendant **Yama Marifat**

MR. MARIFAT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF PROBATION RELATING TO INTERNATIONAL TRAVEL AND ORDER THEREON
*U.S. v. Marifat;*
Case no. 2:17-CR-00189-WBS

## **ORDER**

Good cause appearing, it is hereby ORDERED that Mr. Marifat's conditions of probation be modified to permit his travel for a family vacation on a cruise from July 28, 2023 through August 8, 2023. The Court also grants the United States Probation Office authority to either grant or deny any and all of Mr. Marifat's future international travel requests on a case by case basis.

**IT IS SO ORDERED.**

Dated:  March 21, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

MR. MARIFAT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF PROBATION RELATING TO INTERNATIONAL TRAVEL AND ORDER THEREON
*U.S. v. Marifat;*
Case no. 2:17-CR-00189-WBS

3